Pg. 1

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- In re **Longhorn** Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/08/25 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Longhorn Oil & Gas Co., et al. (emh) SUGGESTED TRANSFEREE DISTRICT: S.D. Texas SUGGESTED TRANSFEREE JUDGE:       (emh) |
| 82/08/25 | 2 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS AND CERT. OF SVC. -- The Federal Deposit Insurance Corp. SUGGESTED TRANSFEREE DISTRICT:  W.D. Okla . SUGGESTED TRANSFEREE JUDGE:       (emh) |
| 82/09/08 | 3 | NOTICE OF RELATED ACTIONS -- deft. First Nat'l Bank in Albuquerque w/svc.       (ds) |
| 82/09/08 | 4 | NOTICE OF RELATED ACTIONS -- pltfs. Jack Kennedy, et al. w/cert. of svc. (ds) |
| 82/09/08 | 5 | NOTICE OF RELATED ACTIONS -- pltfs. Inland Foods, Inc., et al. w/svc.       (ds) |
| 82/09/07 | 6 | REQUEST FOR EXTENSION OF TIME --PLTF. CARL BROWN -- granted to and including Sept. 20, 1982. REQUEST FOR EXTENSION OF TIME -- PLTFS. SMITH, ETAL. -- GRANTED to and including October 8, 1982.  THE TIME FOR ALL PARTIES TO FILE RESPONSES HAS NOW BEEN SET FOR OCTOBER 8, 1982.  (eaf) |
| 82/09/08 |  | APPEARANCES -- WILLIAM S. DIXON, ESQ. for Carl Brown; KENNETH A. HUNT, ESQ. for Jack Kennedy, et al.; ERNEST W. LOHF, ESQ. for CEPO, et al.; JOHN M. LAW, ESQ. for Fred B. Groves, et al.; JOHN W. SUTHERS, ESQ. for Inland Foods, Inc., et al.; RAYMOND N. ERLACH, ESQ. for Edward G. Hirn, Frank Thomas, et al., Rogert Agnew, et al., Frank Lenahan, et al. and Edward G. Hirn; RICHARD D. BURBIDGE, ESQ. for Alan F. Frank; MICHAEL J. PETERSON, ESQ. for JMJ Partnership, et al., Four Square Investment Club, et al., and John R. P. Wheeler; THOMAS H. DAHLK, ESQ. for Richard C. Kedeisen, et al., Edward E. Gatz, et al., David N. Kettleson, et al., and Harold H. Brandt, et al.; BART A. BOREN, ESQ. for American Bank & Trust, Edmond, Oklahoma; MURRAY E. ABOWITZ, ESQ. for Longhorn Gas Programs, Inc., Longhorn Gas Co., John D. Lang, John O. Smith, W.W. "Bill" Killingsworth, Jerry O. Navakowski; Longhorn 1979-II Drilling Program; Longhorn Oil and Gas Co., Longhorn & Assoc., Ltd., Longhorn Developmental Program, Ltd., Longhorn 1980 Private Drilling Program, Longhorn 1981 Private Drilling Program, Longhorn Specified Property Drilling Program, Ltd., William Conger, Longhorn 1980-I Private Drilling Program, Longhorn Petroleum Corp., Longhorn & Assoc., Ltd., Drilling Program 1980-II; CHARLES C. BAKER, ESQ. for Federal Deposit Insurance Corp.; JEFFREY L. SMITH, ESQ. for Jay L. Anderson; ROBERT M. ST. JOHN, ESQ. for First Nat'l Bank in Albuquerque; ROGER L. KEITHLEY, ESQ. for Dennis C. Russell; CHARLES C. GREEN, ESQ. for Bill P. Jennings; JOHN MICHAEL CLEAR, ESQ. for Stifel, Nicolaus & Co., Inc.; JOHN E. BUSH, ESQ. for Central Bank and Trust Co. d/b/a/ Central Bank of Denver, a banking corp.; KEITH I. FREDERICK, ESQ. for Southwest Bank of Omaha, Security Nat'l Bank of Omaha; ROBERT C. FISK, ESQ. for Bank of Millard; PAUL SCOTT DYE, ESQ. for |

Cont'd on back page

Pg. 2

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| | | Douglas County Bank & Trust Co; JOSEPH POLACK, ESQ. for The U.S. Nat'l Bank of Omaha Center Bank; MEYER H. COREN, ESQ. for First Westside Bank; DEAN F. SUING, ESQ. for Omaha Nat'l Bank; CLAYTON BYAM, ESQ. FOR American Nat'l Bank; WILLIAM J. MUELLER, ESQ. for Ames Bank; JOYCE A. DIXON, ESQ. for First Nat'l Bank of Omaha; MARYBETH FRANKMAN, ESQ. for Packers Nat'l Bank in Omaha; John K. Villa, Esq. for Carl W. Swan (ds) |
| 82/09/08 | | APPEARANCES -- WILLIAM E. SHADE, ESQ. for JOHN R. SERHEND, ET AL.; EDWARD M. MCCORD, ESQ. for Charles M. Williams, et al.  (ds) |
| 82/09/09 | 7 | REQUEST FOR EXTENSION OF TIME -- pltfs. Harold H. Brandt, et al., Edward E. Gatz, et al., David N. Kettleson, et al. and Richard C. Kekeison, et al.  GRANTED to and including October 8, 1982 to ALL PARTIES. (ds) |
| 82/09/10 | | APPEARANCES -- THOMAS F. FLAHERTY, ESQ. for Northwestern Nat'l Bank, First Westroads Bank, Inc., and Bank of the Midlands; EDWARD F. POHREN, ESQ. for North Side Bank  (ds) |
| 82/09/10 | | APPEARANCE -- BURCK BAILEY, ESQ. For William Patterson  (ds) |
| 82/09/14 | 8 | NOTICE OF RELATED ACTIONS -- Leroy J. Miller v. Longhorn Gas Programs, Inc., et al., D.N.Mex., C.A. No. CV-81-08963 -- filed by pltf Miller w/svc. (ds) |
| 82/09/14 | | APPEARANCE -- Eugene A. Gargaro, Jr., Esquire for GEOPET (rew) |
| 82/09/16 | 9 | RESPONSE -- Interested parties, D & G Enterprises w/cert. |
| 82/09/17 | 10 | RESPONSE -- pltf. in A-7 William C. Bensler w/cert. of svc. |
| 82/09/17 | 11 | RESPONSE -- pltf. G. Bland Hoke, et al. w/cert. of svc. (ds |
| 82/09/20 | 12 | RESPONSE -- Pltfs. Alan F. Frank, et al. -- w/cert. of service  (cds) |
| 82/09/20 | 13 | RESPONSES TO PLEADINGS NO. 1 and 2 -- Conley G. Defferding, et al. -- w/cert of service  (cds) |
| 82/09/20 | 14 | AMENDMENT TO MOTION (Pleading No. 1) -- Longhorn Oil and Gas Co., et al. -- (Adding A-28 - A-39) -- w/cert. of service  (cds) |
| 82/09/21 | | APPEARANCE -- GREY W. SATTERFIELD, ESQ. for Continental Drilling Co.  (ds) |
| 82/09/23 | 15 | RESPONSE -- Inland Foods, et al. -- w/Attachment and cert. of service  (cds) |
| 82/09/23 | 16 | RESPONSE -- Leroy J. Miller, et al. -- w/cert. of service |
| 82/09/23 | 17 | RESPONSE -- JMJ Partnership, et al. -- w/cert. of service  (cds) |
| 82/09/24 | 18 | RESPONSE/BRIEF -- CEPO Plaintiffs w/cert. of svc. (ds) |

JPML FORM 1A - Continuation                DOCKET ENTRIES -- p. _3_

DOCKET NO. _585_ -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 82/09/27 | 19 | MEMORANDUM -- deft. Jay L. Anderson w/cert. of svc. (ds) |
| 82/09/27 | 20 | RESPONSE, BRIEF, NOTICE OF RELATED ACTIONS -- pltf. Carl Brown w/cert. of svc.                    (ds) |
| 82/09/29 | 21 | NOTICE OF POTENTIAL TAG-ALONG ACTIONS -- filed by counsel for pltfs. Agnew and Hinman w/copies of appearances for for the Potential Tag-along actions. (ds) |
| 82/09/30 | 22 | RESPONSIVE BRIEF -- pltf. Benjamin Free w/attachments and cert. of svc.                    (ds) |
| 82/10/06 | 23 | REQUEST FOR EXTENSION OF TIME -- Pltfs. Jackson, etal.; Hirn; Thomas, etal.; Agnew, etal.; Wilson; Guslander, etal.; Wo, etal.; and Lenahan, etal. -- GRANTED to and including October 25, 1982 to named pltfs. ONLY. (eaf) |
| 82/10/06 | 24 | RESPONSE, CERT. OF SVC. -- Benjamin J. Free. (eaf) |
| 82/10/06 |  | APPEARANCE -- JOHN B. ROGERS, ESQ. for Pacific Investments   (ds) |
| 82/10/07 | 25 | NOTICE OF CORRECT ADDRESS FOR SERVICE PURPOSES, CERT. OF SVC. -- Pltfs. CEPO, et al. and Serhant. (eaf) |
| 82/10/07 | 26 | RESPONSE, CERT. OF SVC. -- JMJ Partnership, et al.; Four Square Investment Club, etal. and John R.P. Wheeler.(eaf) |
| 82/10/07 | 27 | REQUEST FOR EXTENSION OF TIME -- Pltfs. Brandt, Gatz, Kettleson and Ketteisen -- GRANTED to and including October 25, 1982 to NAMED PLAINTIFFS ONLY.  (eaf) |
| 82/10/08 | 28 | RESPONSE, CERT. OF SVC. -- Gene Klurfeld.  (eaf) |
| 82/10/08 | 29 | RESPONSE, CERT. OF SVC. -- The Fed. Deposit Ins. Corp. (eaf) |
| 82/10/08 | 30 | RESPONSE, CERT. OF SVC. -- Longhorn Oil and Gas Co., Longhorn Gas Co., Inc. and Longhorn Gas Programs, Inc.(ea |
| 82/10/08 | 31 | Amended MOTION, SCHEDULE OF CASES, CERT. OF SVC., EXHIBIT -- Federal Deposit Insurance Corp.    (eaf) |
| 82/10/08 | 32 | RESPONSE (Re:  Pldgs. No. 1 & 2), MEMORANDUM, CERT. OF SVC. -- Bill P. Jennings. (eaf) |
| 82/10/12 | 33 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- James A. Mendenhall and Clifford K. Gertsch.  (eaf) |
| 82/10/12 |  | APPEARANCE -- Randall A. Peterman, Esq. for First Interstate Bank of Idaho, N.A.  (eaf) |
| 82/10/12 | 34 | SECOND AMENDED MOTION, SCHEDULE OF CASES, CERT. OF SVC. -- Longhorn defts.  (eaf) |
| 82/10/12 | 35 | RESPONSE TO MOTIONS, CERT. OF SVC. -- Continental Drilling Co., Inc.  (eaf) |
| 82/10/12 | 36 | RESPONSE TO MOTIONS, EXHIBIT, CERT. OF SVC. -- Stifel, Nicolaus & Co., Inc.  (eaf) |
| 82/10/12 | 37 | BRIEF IN OPPOSITION, CERT. OF SVC. -- Pltfs. Jabara, et al. and Smith, et al.  (eaf) |
| 82/10/12 | 38 | RESPONSES IN OPPOSITION TO PLDGS 1 & 2, BRIEF, CERT. OF SVC -- Groves, et al.  (eaf) |

Case MDL No. 525   Document 1   Filed 06/03/15   Page 4 of 57

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 __    In re Longhorn Securities Litigation          p.4

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/10/14 | | SUPPLEMENTAL ⊕ CERT. OF SVC. (Re: Pldge. No. 34) -- Longhorn defts. (eaf) |
| 82/10/14 | 39 | RESPONSE IN OPPOSITION, CERT. OF SVC.--pltfs. Shartsis.(eaf |
| 82/10/14 | 40 | RESPONSE AND BRIEF IN OPPOSITION, CERT. OF SVC. -- Pltfs. Jack Kennedy, et al. (eaf) |
| 82/10/14 | 41 | RESPONSE IN OPPOSITION, CERT. OF SVC. -- Hanson. (eaf) |
| 82/10/14 | | APPEARANCES -- Charles A. Crocco,Jr.,Esq. for Citibank,N.A. and Ross R. Kinney, Esq. for Mary Jane K. Hanson. (eaf) |
| 82/10/15 | | AMENDED CERT. OF SVC. (Regarding Pldg. No. 30) -- Longhorn Defts.(eaf) |
| 82/10/15 | 42 | MEMORANDUM IN OPPOSITION TO PLDG. NO. 1 AND IN SUPPORT OF PLDG. NO. 2, CERT. OF SVC. -- MOG Investors, et al. (eaf) |
| 82/10/15 | 43 | REQUEST FOR EXTENSION OF TIME -- FDIC -- GRANTED TO AND INCLUDING NOV. 3, 1982 to FDIC ONLY. (eaf) |
| 82/10/18 | | APPEARANCE -- David J. Hutchinson, Esq. for MOG Investors, et al.(ea |
| 82/10/19 | | APPEARANCE -- Alan M. Oshima, Esq. for Bank of Hawaii. (eaf ) |
| 82/10/21 | | APPEARNCE -- Wallace S. Fujiyama, Esq. for First Hawaiian Bank.(eaf) |
| 82/10/25 | | APPEARANCES -- Rodney W. Sippel, Esq. for Mark Twain StateBank; Raymond N. Erlach, Esq. for Jackson, et al., Semevolos, Lundeen, Wilson, Guslander, et al. and Wo, et al. (eaf) H. Thomas Coghill, Esq. for D & G. Enterprises, et al. (eaf) |
| 82/10/25 | 44 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- Brandt, etal., Gatz, etal., Kettleson, etal., and Kekeisen, et al. (eaf) |
| 82/10/25 | 45 | MEMORANDUM, CERT. OF SVC. -- Coleman, et al. (eaf) |
| 82/10/25 | | APPEARANCE -- Michael B. Apfeld, Esq. for Matt Meyer. (eaf) |
| 82/10/26 | 46 | RESPONSE, CERT. OF SVC. -- Plft. Free & Pltf. Hanson.(eaf) |
| 82/10/26 | 47 | RESPONSE, CERT. OF SVC. -- Pltfs. Hirn, Thomas, Agnew, Lenahan, Hinman, Jackson, Semevolos, Lundeen, Wilson, Guslander and Wo. (eaf) |
| 82/10/28 | 48 | RESPONSE MEMORANDUM, CERT. OF SVC. -- plft. Scharon. (eaf) |
| 82/11/01 | | APPEARANCES -- O. Christopher Meyers, Esq. for Charles R. Gibbs,etal. and Richrad D. Hampton, Esq. for F. Joseph Scharon. (eaf) |
| 82/11/01 | 49 | RESPONSE -- pltfs. William W. Cook, et al. w/cert. of svc.                                (ds) |
| 82/11/01 | 50 | RESPONSE -- pltfs. Charles R. Gibbs, Robert A. Dix, M.D. and R.H. Drewry w/cert. of svc.      (ds) |
| 82/11/04 | 51 | REPLY -- FDIC -- w/Exhibit A, cert. of service, and notice to the Panel of changes of counsel in active charge of cases (cds) |
| 82/11/05 | | HEARING ORDER:  Setting motion of Longhorn Oil & Gas Co. (to S.D. Tex.) and FDIC (to W.D. Okla) for Panel Hearing on December 7, 1982 in Phoenix, Ariz. |

JPML FORM 1A

*p. 5*

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/11/08 | 52 | RESPONSE -- Fort Sill National Bank of Fort Sill, Oklahoma -- w/cert. of service  (cds) |
| 82/11/15 | 53 | RESPONSE -- Martin Siegel -- w/cert. of service (cds) |
| 82/11/15 | 54 | RESPONSE (Clarification of Position) -- Inland Foods, Inc., et al. -- w/cert. of service  (cds) |
| 82/11/16 | 55 | RESPONSE -- pltfs. D&G Enterprises, et al. w/cert. of svc.        (ds) |
| 82/11/19 | 56 | AMENDMENT TO MOTION (Third) -- Longhorn Oil and Gas Co. -- adding B-65 Lawrence C. Zink, et al. v. Longhorn Developmental Program, Ltd., et al., W.D.Mo., 82-090-CV-W-8 and B-66 Ben Jones v. Longhorn Oil & Gas Co., et al., E.D. Tex., TY-82-512-CA -- w/Schedule and cert. of service cds |
| 82/11/22 | 57 | RESPONSE -- Matt Meyer -- w/cert. of service  (cds) |
| 82/11/22 | 58 | MOTION FOR LEAVE TO SUPPLEMENT PREVIOUS RESPONSE, SUPPLEMENTAL RESPONSE, EXHIBIT A -- CEPCO, et al. -- w/cert. of service  (cds) |
| 82/11/23 | 59 | RESPONSE -- Laurella J. Milfeld -- w/cert. of serv. (cds) |
| 82/12/01 | | APPEARANCE -- Richard M. Franklin for Cyril H.C. Fung (emh) |
| 82/12/01 | 60 | NOTIFICATION OF POTENTIAL TAG-ALONG ACTIONS -- The Federal Deposit Ins. Corp. -- w/schedule of actions and cert. of service. (emh)  . |
| 82/12/02 | | AMENDED CERT. OF SVC. -- to Pleading No. 32 -- w/cert. of svc. emh |
| 82/12/02 | | HEARING APPEARANCES for 12/7/82 hearing in Phoenix, Ariz. -- Longhorn Parties; Fed. Dep. Ins. Corp. as receiver on Penn Square Bank, N.A.; Deft. Jennings; Pltfs D & G Enterprises, etal.; Pltfs. in Inland Foods, Inc., et al.; pltf. F. Joseph Scharon; Deft. Stifel, Nicolaus & Co., Inc.; Plfts. Hinn, Thomas, et al., Agnew, etal., Lenahan, etal., Hinman, etal. Jackson, etal., Semevolos, Lundeen, Wilson, Guslander, etal., and Wo., etal.; Pltfs. JMJ Partnership, etal., Four Square Investment Club, etal. and John R. P. Wheeler; Pltfs. Kekeisen, et al., Gatz, et al., Kettleson, etal. and Brandt, etal.; Pltfs. Smith,etal. and Jabara, et al.; and Pltf. Brown.  (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 ---        p.6

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/12/02 | | WAIVERS OF ORAL ARGUMENT for 12/7/82 hearing in Phoenix, Ariz. -- Packers Nat'l Bank; Murphy; Preston; Ames Bank; Hanson and Free; Margo; Anderson; United Missouri Bank of St. Louis, N.A.; First Nat'l Bank of Omaha; Douglas County Bank & Trust Co.; Milfield; Siegel; Groves, Quinn and Adams; Defferding, et al.; Mark Twain State Bank; American ## Nat'l Bank; John E. Rooney; Jack Kennedy and Jack Price, etc.; MOG Investors, et al.; C. F. "Tag" Kimberling; Jack Coleman and William A. Davis; CEPO, et al. and pltf. Serhant; Bank of Hawaii; Burks; Allen; Southwest Bank of Omaha and Security Nat'l Bank of Omaha; Carl W. Swan; The Center Bank and The United States Nat'l Bank of Omaha; Fidelity Bank, N.A.; Continental Drilling Co., Inc.; Matt Meyer; North Side Bank; Alan F. Frank, Robert G. Wenger, Don V. Cook, W. Eugene Hansen, C. Jeffrey Thompson and Robert Horne; Sidney Lieberman; Sheridan Bank and Trust Co.; First West Side Bank; American Bank & Trust, Edmond, Okla.; Bill Patterson; The Omaha Nat'l Bank; First Nat'l Bank in Albuquerque; Elizabeth Merrick Coe, Gary M. Cook, James G. Randolph, Jerry Richardson, W.A. Ross and Gene Smelser; Citizens Nat'l Bank & Trust Co. of Okla. City.; Central Bank of Denver; Laurence Avins; Ʋ̸a̸Ɏo̸ɏ Eldon Beller; Fred B. Groves, et al.; Bill Stubbs; Bank of Millard; T.O.S. Industries, Incɏ; First Penn Corpɏ.; and Pacific Investments, et al.  (eaf) |
| 82/12/03 | | AMENDED CERT. OF SVC. (Pleading No. 54) -- Inland Foods, Inc. (emh) |
| 82/12/03 | 61 | RESPONSE -- JMJ Partnership, Four Square Investment Club, John R.P. Wheeler -- w/cert. of svc. (emh) |
| 82/12/06 | | HEARI- WAIVER OF ORAL ARGUMENT -- Charles R. Gibbs, Robert A. Dix, M.D., R.H. Drewry, William W. Cook and Susan M. Cook (emh) |
| 82/12/15 | | APPEARANCE -- Arthur F. Radke for Continental Illinois Nat'l Bank and Trust Co. of Chicago.  (emh) |
| 82/12/23 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Luther B. Eubanks pursuant to 28 U.S.C. §1407.  (emh) |
| 82/12/23 | | TRANSFER ORDER -- transferring litigation to the W.D. of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (emh) |

P. 7

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- In re Longhorn Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/12/27 | 62 | NOTICE OF POTENTIAL TAG-ALONG ACTIONS -- Federal Deposit Insurance Corp. -- w/cert. of svc.  (emh) |
| 82/01/06 | | CORRECTION ORDER -- Correcting C.A.No. of Kansas action A-31 Richard E. Smith, et al. v. Longhorn Gas Programs, Inc., et al., from 82-C-2172 to 82-1728 -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND PUBLISHERS  (cds) |
| 83/01/07 | 63 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- Longhorn Defendants w/cert. of svc.  (ds) |
| 82/01/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY in 11 actions C-67 thru C-77 listed below: NOTIFIED COUNSEL AND JUDGES. (emh) |

| | | | |
|---|---|---|---|
| C-67 | Horton Barbaro & Reilly, et al. v. Sunwest Bank, et al. | C.D.Cal. Gadbois | 82-5472-RG (Gx) |
| C-68 | Jack Mabray, etc. v. Tensas State Bank, et al. | W.D.La. Scott | CV82-2418 |
| C-69 | Thomas J. Hanchey v. American Bank & Trust Co. of Lafayette, La., et al. | W.D.La. Davis | CV82-2781 |
| C-70 | Richard Sucher v. Manufacturers National Bank of Detroit, et al. | E.D.Mich. Demascio | 82-74017 |
| C-71 | Barry K. Gray v. Wayne-Oakland Bank, et al. | E.D.Mich. Thornton | 82-73550 |
| C-72 | William Chrisman v. Southwest Bank of Omaha, et al. | D.Neb. Schatz | 82-0-559 |
| C-73 | The Federal Deposit Insurance Corp., et al. v. Carl Brown, et al. | D.N.Mex. Campos | 82-1357 |
| C-74 | Conley G. Defferding, et al. v. American Bank of Commerce, et al. | D.N.Mex. Campos | 82-1241 |
| C-75 | Jack Price, et al. v. First Nat'l Bank in Albuquerque, et al. | D.N.Mex. Mechem | 82-1219 |
| C-76 | Dr. Robert Horne v. Zions First Nat'l Bank, et al. | D.Utah Jenkins | 82-C-1055J |
| C-77 | G. Myron Harrison v. Zions First National Bank, et al. | D.Utah Jenkins | 82-C-1054J |

| 83/01/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY IN 8 CASES LISTED BELOW. NOTIFIED INVOLVED COUNSEL & JUDGES. (eaf) |

| | | | |
|---|---|---|---|
| B-65 | Lawrence C. Zink, et al. v. Longhorn Developmental Program, Ltd., et al. | W.D.Mo. Stevens | 82-0908-CV-W-8 |
| B-66 | Ben Jones v. Longhorn Oil & Gas Co., et al. | E.D.Tex. Steger | TY-82-512-CA |
| C-78 | John R. Serhant, et al. v. The Greeley National Bank, et al. | D.Colo. Carrigan | 82-C-1799 |
| C-79 | Chester W. Eskey v. First Interstate Bank, et al. | D.Nev. Foley | 82-809 |
| C-80 | Joseph W. Brown v. Valley Bank of Nevada, et al. | D.Nev. Foley | 82-904 |
| C-81 | John H. Payne v. First Interstate Bank et al. | D.Nev. Foley | 82-610 |
| C-82 | Robert G. Copeland, et al. v. K. Duane McCleery, et al. | S.D.Cal. Nielsen | 81-1257 |
| C-83 | D & G Enterprises, et al. v. Continental Illinois National Bank and Trust Co. of Chicago | N.D.Ill. Aspen | 82-C-6993 |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*P.8*

DOCKET NO. ____  --  _____

| Date | Ref. | Pleading Description | | |
|------|------|---------------------|---|---|
| 83/01/27 | 64 | NOTICE OF OPPOSITION --C-74 Defferding, et al. v. American Bank of Commerce, et al., D. New Mexico, C.A. No. 82-1241 filed by pltfs. Defferding, et al. w/cert. of sv.c (ds) | | |
| 83/01/31 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-67 thru C-73 and C-75 thru C-77 listed below.  Notified involved clerks and judges.   (ds) | | |
| | | C-67  Horton Barbaro & Reilly, et al. v. Sunwest Bank, et al. | C.D.Cal. Gadbois | 82-5472-RG (Gx) |
| | | C-68  Jack Mabray, etc. v. Tensas State Bank, et al. | W.D.La. Scott | CV82-2418 |
| | | C-69  Thomas J. Hanchey v. American Bank & Trust Co. of Lafayette, La., et al. | W.D.La. Davis | CV82-2781 |
| | | C-70  Richard Sucher v. Manufacturers National Bank of Detroit, et al. | E.D.Mich. Demascio | 82-74017 |
| | | C-71  Barry K. Gray v. Wayne-Oakland Bank, et al. | E.D.Mich. Thornton | 82-73550 |
| | | C-72  William Chrisman v. Southwest Bank of Omaha, et al. | D.Neb. Schatz | 82-0-559 |
| | | C-73  The Federal Deposit Insurance Corp., et al. v. Carl Brown, et al. | D.N.Mex. Campos | 82-1357 |
| | | C-75  Jack Price, et al. v. First Nat'l Bank in Albuquerque, et al. | D.N.Mex Mechem | 82-1219 |
| | | C-76  Dr. Robert Horne v. Zions First Nat'l Bank, et al. | D.Utah Jenkins | 82-C-1055J |
| | | C-77  G. Myron Harrison v. Zions First National Bank, et al. | D.Utah Jenkins | 82-C-1054J |
| 83/02/02 | 65 | LETTER REQUESTING EXTENSION OF STAY IN CTO RE: C-83 D & G Enterprises, etal. v. Continental Ill. Nat'l Bank & Trust Co. of Chicago, N.D. Ill., 82-C-6993 -- Continental Ill. Nat'l Bank & Trust Co. of Chicago -- GRANTED to and including March 14, 1983. *(eAF)* | | |
| 83/02/02 | | ORDER EXTENDING TIME ON CTO Re: C-83 D & G Enterprises v. Continental Bank, N.Ill., 82-C-6993 -- to and including March 14, 1983. Notified all involved.  (eaf) | | |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __525__ _____ p.9 _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|

83/02/04 — CONDITIONAL TRANSFER ORDERS FINAL TODAY IN CASES LISTED BELOW. Notified involved clerks and judges. (eaf)

| | | | | |
|--------|--------|--------|--------|--------|
| B-65 | Lawrence C. Zink, et al. v. Dresshan Developmental Program, Ltd., et al. | W.D.Mo. Stevens | 82-0905-CV-W-3 | |
| B-66 | Ben Jones v. Longhorn Oil & Gas Co., et al. | E.D.Tex. Steger | TY-82-512-CA | |
| C-78 | John R. Serhant, et al. v. The Greeley National Bank, et al. | D.Colo. Carrigan | 82-C-1799 | |
| C-79 | Chester W. Eskey v. First Interstate Bank, et al. | D.Nev. Foley | 82-809 | |
| C-80 | Joseph W. Brown v. Valley Bank of Nevada, et al. | D.Nev. Foley | 82-804 | |
| C-81 | John H. Payne v. First Interstate Bank et al. | D.Nev. Foley | 82-810 | |

83/02/04 66 NOTICE OF OPPOSITION (Re: C-82 Copeland, etal. v. McCleery etal., S.D.Cal., 81-1257) -- pltfs. Copeland, etal. (eaf)

83/02/17 — ORDER LIFTING STAY OF CTO -- C-74 Defferding, etal. v. American Bank of Commerce, etal., D.N.Mex.,82-1241 -- Notified involved clerks, judges & counsel. (eaf)

83/02/22 67 MOTION TO VACATE CTO (Re: C-82), BRIEF, CERT. OF SVC. -- Plfts. Copeland, et al. (eaf)

83/03/01 68 RESPONSE (to Pldg. 67) -- Longhorn Gas Co., Inc. -- w/cert. of service (cds)

83/03/16 69 REQUEST FOR EXTENSION OF TIME TO FILE NOT. OF OPPOSITION -- C-83 D&G Enterprises, et al. v. Continental Illinois Nat'l Bank & Trust Co. of Chicago, N.D. Ill., C.A. No. 82-C-6993. GRANTED TO & INCLUDING MARCH 28, 1983. Filed by deft. Continental Bank w/svc. (ds)

83/03/29 70 REQUEST FOR FURTHER EXT. OF TIME TO FILE NOT. OF OPP. Defendant Continental Bank -- (C-83) D&G v. Continental Bank, N.D. Ill., 82-C-6993 -- Request for further extension denied -- Notified that Notice of Opposition must be received on or before April 1, 1983.            (rew)

83/03/30 71 NOTICE OF OPPOSITION (C-83) D & G Enterprises, et al. v. Continental Ill. Nat'l Bank & Trust Co. of Chicago, N.D. Ill., 82-C-6993 -- Deft. Continental Ill. Bk.&Trust Co. of Chicago   (cds)

83/04/15 — HEARING ORDER:  Setting oppositions of pltfs. Copeland, et al. and defendant Continental Ill. Nat'l Bank & Trust Co. of Chicago to transfer of C-82 and C-83 respectively for Panel hearing in Washington, D. C. on May 19, 1983  (cds)

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET No. _____

~~83/04/21 ----- ORDER LIFTING STAY OF CTO AND VACATING HEARING ---~~

| DATE | Ref. | Pleading Description |
|------|------|----------------------|
| 83/04/20 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-85 Hanchey v. Longhorn Gas Programs, Inc., et al., W.D. Louisiana, C.A. No. 82-1951 Sec S; C-86 Pearce v. Valley Bank of Nevada, et al., D. Nevada, C.A. No. 82-0402-ECR. Notified involved counsel and judges.  (ds) |
| 83/04/21 | | ~~of C-83 D & G Enterprises, et al. v. Cont. Ill. Nat'l Bank & Trust Co. of Chicago, N.D. Ill., 82-C-6693 pursuant emh~~ ORDER LIFTING STAY OF CTO AND VACATING HEARING -- C-83 D & G Enterprises, et al. v. Cont. Ill. Nat'l Bank & Trust Co. of Chicago, N.D.Ill., 82-C-6693 pursuant to 28 U.S.C. §1407. (emh) |
| 83/05/06 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-85 Hanchey v. Longhorn Gas Programs, Inc., et al., W.D. La., 82-1951; C-86 Pearce v. Valley Bank of Nevada., et al., D. Nevada, 82-0402.  Notified involved clerks and judges.  (ds) |
| 83/05/13 | | WAIVER OF ORAL ARGUMENT -- for Panel Hearing on May 19, 1983 -- All Waived    (ds) |
| 83/05/13 | 72 | SUPPLEMENT TO RESPONSE (re: pldg. 68) -- Deft. Longhorn Gas Co., Inc. w/Exhibit A and cert. of svc.  (ds) |
| 83/06/02 | | TRANSFER ORDER -- transferring C-82 Copeland, et al. v. K. Duane McCleery, et al., S.D. Calif., C.A. No. 81-1257 to the W.D. Okla. for pretrial proceedings pursuant to 28 U.S.C. §1407.  Notified involved clerks, judges, counsel and misc. recipients.   (ds) |
| 83/06/28 | | CONDITIONAL TRANSFER ORDER -- D-87 DeShetler v. Plaza Bank of Westport, et al., E.D. Missouri, C.A. No 83-1410-C. Notified involved counsel and Judges. (ds) |
| 83/07/11 | 73 | NOTICE OF OPPOSITION -- D-87 DeShetler v. Plaza Bank of of Westport, et al., E.D. Missouri, C.A. No. 83-1410-C -- pltf. DeShetler w/cert. of svc.  Notified transferee judge and counsel listed on the PASL.  (ds) |
| 83/07/11 | 74 | NOTICE OF OPPOSITION -- D-87 DeShetler v. Plaza Bank of Westport, et al., E.D. Missouri, C.A. No. 83-1410-C -- deft. Plaza Bank of Westport w/cert. of svc.  Notified transferee judge and counsel listed on PASL.  (ds) |
| 83/07/25 | 75 | MOTION TO VACATE CTO -- D-87 DeShetler v. Plaza Bank of Westport, et al., E.D.Mo., 83-1410-C -- Deft. Plaza Bank of Westport -- w/Exhibits and cert. of svc.  (emh) |
| 83/07/29 | 76 | MOTION TO VACATE CTO -- D-87 DeShetler v. Plaza Bank of Westport, et al., E.D.Mo., 83-1410-C -- Pltf. Arthur Deshetler -- w/cert. of svc.  (emh) |

11

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **525** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 83/08/08 | 77 | RESPONSE/BRIEF -- Fed. Deposit Insurance Corp. -- w/Exhibits and cert. of svc. (emh) |
| 83/09/28 | | HEARING ORDER -- Setting oppositions of plaintiff Arthur J. Deshetler and defendant Plaza Bank of Westport to transfer D-87 for hearing on November 1, 1983 in Savannah, Georgia (jsj) |
| 83/10/27 | | HEARING APPEARANCES -- Martin Schiff for Arthur J. DeShetler; Richard B. Noulles for Federal Deposit Insurance Corp. (emh) |
| | | WAIVER OF ORAL ARGUMENT -- Plaza Bank of Westport (emh) |
| 83/11/10 | | TRANSFER ORDER -- D-87 Arthur J. DeShetler v. Plaza Bank of Westport, et al., E.D. Missouri, C.A. No. 83-1410-C -- Notified involved judges, clerks and counsel.   (jsj) |
| 83/11/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-90 Carl Brown v. Citizens Bank, et al., D.N.M., C.A. No. CIV83-1623HB -- Notified involved judges and counsel.   (jsj) |
| 83/12/05 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-90 Carl Brown v. Citizens Bank, et al., D.New Mexico, CIV83-1623HB -- Notified involved clerks and judges.  (emh) |
| 84/01/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-92 Wells Fargo Bank, National Association v. Federal Deposit Insurance Corp., N.D.Cal., C.A. No. C83-5620-JPV -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 84/01/17 | 78 | NOTICE OF OPPOSITION -- D-92 Wells Fargo Bank, National Association v. Federal Deposit Insurance Corp., N.D. Cal., C.A. No. C83-5620-JPV -- filed by pltf. Wells Fargo Bank, National Association w/svc. |
| 84/01/17 | 79 | NOTICE OF OPPOSITION -- D-92 Wells Fargo Bank, National Association v. Federal Deposit Insurance Corp., N.D. Cal., C.A. No. C83-5620-JPV -- Filed by Federal Deposit Insurance Corp. w/cert. of svc.  (ds) |
| 84/01/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-93 Union Bank v. Alfred Moodie, et al., N.D.Calif., C83-6193-RFP;  D-94 G. Blake Chanslor, etc. v. Longhorn 1979-II Drilling Program, et al., D. N.Mex., CIV-84-0004-HB -- NOTIFIED counsel and judges.  (emh) |

*p.12*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *525* -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/02/01 | 80 | MOTION TO VACATE CTO, BRIEF, SCHEDULE, EXHIBIT A -- (D-92) -- plaintiff Wells Fargo Bank, National Association -- w/cert. of service (cds) |
| 84/02/01 | 81 | MOTION TO VACATE CTO, BRIEF, EXHIBITS A and B -- deft. FDIC -- w/cert. of service  (cds) |
| 84/02/07 | 82 | REQUEST FOR EXTENSION OF TIME -- Union Bank -- DENIED  (cds) |
| 84/02/07 | 83 | NOTICE OF OPPOSITION (D-93) -- pltf. Union Bank -- w/cert. of service  (cds) |
| 84/02/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-94 Chanslor, etc. v. Longhorn 1979-II Drilling Program, et al., D.N.Mex., C.A. No. CIV-84-0004-HB.  Notified involved clerks and judges. (ds) |
| 84/02/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-95 Leroy J. Miller, v. Longhorn Gas Programs, Inc. et al., D. New Mexico, C.A. No CIV-84-003M Notified involved counsel and judges. (rh) |
| 84/02/17 | 84 | RESPONSE (to pldg. 80) -- Defts. Alan Hobbs, G. Roger Carrington, Robert Agnew & Frank E. Thomas -- w/Exhibits and cert. of svc. (emh) |
| 84/02/23 | 85 | REPLY -- Wells Fargo Bank, National Association -- w/Exhibits 1-4 and cert. of service  (cds) |
| 84/02/23 | 86 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER (D-93) -- Union Bank -- w/attachments and cert. of service  (cds) |
| 84/02/24 | | HEARING ORDER -- Setting opposition of pltf. Wells Fargo Bank, National Association and deft. Federal Deposit Insurance Corp. to transfer of D-92 and opposition of pltf. Union Bank to transfer of D-93 -- in Birmingham, Alabama on March 29, 1984  (emh) |
| 84/03/05 | | APPEARANCE:  DANIEL E. DUNCAN, ESQ. FOR Leroy J. Miller (cds) |
| 84/03/05 | 87 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (D-95) Leroy J. Miller v. Longhorn Gas Programs, Inc., et al., D. N.M., #84-0003M -- plaintiff Leroy J. Miller  (cds) |

*p·13*

*525*

84/03/12   88   RESPONSE/MEMORANDUM (to pldg. 86) -- Alfred Moodie, et al. --
w/Exhibits and cert. of svc. (emh)

84/03/19   89   MOTION/BRIEF TO VACATE CTO -- D-95 Leroy J. Miller v.
Longhorn Gas Programs, Inc., et al., D.N.Mex., 84-0003-M --
pltf. Miller -- w/cert. of svc. (emh)

84/03/28        HEARING APPEARANCES:  DAVID J. BROWN, ESQ. for Wells Fargo
Bank; STANLEY G. ROMAN, ESQ. or RONALD N. RICKETTS, ESQ.
FOR Insurance Corp.;  ~~PETER B. BOTHEL, ESQ. for Union
Bank;~~ RAYMOND N. ERLACH, ESQ. for Alan C. Hobbs (cds)

84/03/28        WAIVERS OF ORAL ARGUMENT:  Plaza Bank of West Port; Valley
Bank of Nevada;  First National Bank in Albuquerque (cds)

84/03/28        ORDER VACATING CONDITIONAL TRANSFER ORDER AND HEARING ORDER
-- D-93 Union Bank v. Alfred Moodie, et al., N.D. Cal.,
#C83-6193 SAW -- Notified involved judges, clerks and counsel
(cds)

84/03/28   90   NOTICE OF ENTRY OF ORDER (W/COPY OF 3/22/84 N.D. CAL. ORDER
GRANTING REMAND) -- re D-93 Union Bank -- submitted by Union
Bank  (cds)

84/03/29   91   CORRECTED BRIEF (to pldg. 84) -- Alan C. Hobbs, G. Roger
Carrington, Robert R. Agnew and Frank E. Thomas -- w/cert of
svc. (emh)

84/04/02   92   RESPONSE (to pldg. 89) -- Federal Deposit Insurance Corp. --
w/cert. of svc. (emh)

84/04/05        TRANSFER ORDER -- transferring B-92 Wells Fargo Bank, Nat'l
Assn. v. F.D.I.C., et al., N.D. California, C.A. No.
C83-5620-SAW -- Notified involved judges, clerks and counsel
(cds)

84/04/13        HEARING ORDER -- Setting opposition to transfer of D-95 for
Panel hearing in Washington, D.C. on May 17, 1984  (cds)

84/04/19.       CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-96 Federal
Deposit Insurance Corporation v. Bank of the West, N.D.
California, C.A. No. C-84-0893-WWS; D-97 Federal Deposit
Insurance Corporation v. California First Bank, N.D.
California, C.A. No. C-84-0895-MHP.  Notified involved judge
and counsel. (rh)

p. 14

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- _____

| Date | Pld. | Pleading Description |
|------|------|----------------------|
| 84/05/07 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY --- D-96 FDIC v. Bank of the West, N.D. Cal., C-84-0893-WWS, and D-97 FDIC v. Cal. First Bank, N.D. Cal., C-84-0895-MHP --- NOTIFIED INVOLVED JUDGES, AND CLERKS (cds) |
| 84/05/07 | 93 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS (D-96 Federal Deposit Insurance Corp. v. Bank of the West, N.D. Cal., C.A. No. C-84-0893-WWS and D-97 Federal Deposit Insurance Corp. v. California First Bank, N.D. Cal., C.A. No. C-84-0895-MHP) -- pltf. Federal Deposit Insurance Corp. -- w/cert. of service  (cds) |
| 84/05/11 | | WAIVERS OF ORAL ARGUMENT -- All parties waived  (ds) |
| 84/05/21 | 94 | MOTION TO VACATE CONDITIONAL TRANSFER ORDERS (D-96 and D-97) -- pltf. Federal Deposit Insurance Corp. -- w/Brief, Exhibits and cert. of service  (cds) |
| 84/05/22 | | TRANSFER ORDER FILED TODAY -- D-95 Leroy J. Miller, v. Longhorn Gas Programs, Inc., et al., D. New Mexico, C.A. No. CIV84-0003 to W.D. Okla. assigned to J. Eubanks for coordinated proceedings pursuant to 28 U.S.C. §1407. Notified involved judges, clerks, mics. recipients, and hearing clerk, (rh) |
| 84/06/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-98 John R. Serhant v. Continental Illinois National Bank and Trust Company of Chicago,et al., D. Colorado, C.A. No. 84-913. Notified involved judge and counsel. (rh) |
| 84/06/07 | 95 | RESPONSE (to pldg. 94) -- California First Bank and Bank of the West -- w/cert. of svc. (emh) |
| 84/06/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-98 John R. Serhant v. Continental Illinois National Bank and Trust Company of Chicago, et al., D. Colorado, C.A. No. 84-913. Notified involved judge and clerk. (rh). |
| 84/06/25 | | HEARING ORDER -- Setting oppositions to transfer D-96 and D-97 for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh) |



JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 595 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/06/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-99 Union Bank, et al. v. Alfred Moodie, et al., N.D. Cal., C.A. No. C-84-3243-JPV. Notified involved judge and counsel. (rh) |
| 84/07/16 | 96 | NOTICE OF OPPOSITION -- D-99 plaintiff Union Bank request for stay w/cert. svc. (rh) |
| 84/07/16 | 97 | NOTICE OF OPPOSITION -- D-99 Deft. FDIC as receiver of Penn Square Bank w/cert. svc. (rh) |
| 84/07/17 | | ~~CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-99 Union Bank, et al. v. Alfred Moodie, et al., N.D. Calif., C.A. No. C-84-3243. Notified involved clerks and judges. (ds)~~ *opposition rec'd -- Stay is continued* RE |
| 84/07/23 | | HEARING APPEARANCES:  RAYMOND N. ERLACH, ESQ. for Bank of the West and California First Bank WAIVERS OF ORAL ARGUMENT:  Federal Deposit Insurance Corporation (rh) |
| 84/08/01 | | TRANSFER ORDER -- transferring D-96 Federal Deposit Insurance Corp. v. Bank of the West, N.D. Calif., C-84-0893-WWS and d-97 Federal Deposit Insurance Corp. v. California First Bank, N.D. Calif., C-84-0895-MHP to the W.D. Oklahoma for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges and counsel (ds) |
| 84/08/06 | | HEARING ORDER -- setting oppostion for transfer of D-99 for Panel Hearing in San Francisco, California ok September 20, 1984        (ds) |
| 84/08/07 | | ORDER VACATING CTO AND HEARING ORDER -- Re: D-99 Union Bank v. Alfred Moodie, et al., N.D. California, 84-3243 (Vacates CTO filed on June 19, 1984; Vacates Hearing Order filed on August 6, 1984) -- NOTIFIED clerk, judges and involved counsel (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 525 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LONGHORN SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 12/7/82 | 12/23/82 | TO | 552 F.Supp. 1003 (1982) | W.D. Oklahoma 1087 | Luther B. Eubanks | |

### Special Transferee Information

DATE CLOSED: _____

Herbert T. Hope, Clerk
U. S. District Court
3210 U.S. Couerthouse, 200 N.W. 4th
Oklahoma City, OK  73102
405-235-8491

Cecil Morris
Law Clerk handling this litigation
FTS 736-5208
(his office is located in
 Judge Brett's chambers in N. Okla.)

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 525 -- IN RE LONGHORN SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Carl Brown v. Longhorn Gas Programs, Inc., et al. | D. N.M. Campos | 81-1017-C | DEC 2 3 1982 | 82-2254 | 2-1-85 | |
| A-2 | Conley G. Defferding, et al. v. Longhorn Gas Programs, Inc., et al. | D.N.M. Mechem | 82-0553-M | DEC 2 3 1982 | 82-2255 | 2-1-85 | |
| A-3 | Jack Kennedy, et al. v. Longhorn Gas Programs, Inc., et al. | D.N.M. Bratton | 82-0643-HB | DEC 2 3 1982 | 82-2256 | 2-1-85 | |
| A-4 | CEPO, et al. v. Longhorn Gas Programs, Inc., et al. | D.Colo. Weinshienk | 81-Z-2152 | DO NOT COUNT | | denied | |
| A-5 | Fred B. Groves, et al. v. Longhorn Gas Programs, Inc., et al. | D.Colo. Weinshienk | 82- -1177 | DEC 2 3 1982 | 82-2257 | 8/23/83 D | |
| A-6 | Inland Foods, Inc., et al. v. Longhorn Gas Programs, Inc., et al. | D.Colo. Weinshienk | 82-Z-1165 | DEC 2 3 1982 | 82-2258 | 2-1-85 | |
| X A-7 | John H. Serhant v. Longhorn Gas Programs, Inc., et al. | D.Colo. Weinshienk | 82- -1230 | DEC 2 3 1982 | 82-2259 | 2-1-85 | |
| A-8 | Charles M. Williams, et al. v. Longhorn Gas Programs, Inc., et al. | D.Colo. Kane Eubanks | 82-1898 82-K-2195 | | | 2-1-85 | Kane |
| X A-9 | GEOPET, ET AL. v. Longhorn Oil & Gas Co., et al. | E.D.Mich. Cohn | 82-72567 | | | 10/29/82 | Disn in E.M. |
| A-10 | Edward G. Hirn v. Penn Square National Bank, et al. | W.D.Okla. Thompson | 82-949-T | | | 2-1-85 | |
| ✓ A-11 | Alan F. Frank, et al. v. Longhorn Gas Programs, Inc., et al. | D.Utah Jenkins | C-81-0897J | DEC 2 3 1982 | 82-2254 | 2-1-85 | |
| A-12 | Frank Thomas, et al. v. Penn Square National Bank, N.A., etc., et al. | N.D.Cal. Sweigert WTS | C-82-4139 | DEC 2 3 1982 | 82-2255 | 2-1-85 | 12/2/82 |

DOCKET NO. 525 -- IN RE LONGHORN SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Robert R. Agnew, et al. v. Penn Square National Bank, etc., et al. | N.D.Cal. Agullar | C-82-4138 RPA | DEC 2 3 1982 | 82-2274 | 2-1-85 | 10/8 75 |
| A-14 | Frank C. Lenahan, et al. v. Penn Square National Bank, etc., et al. | N.D.Cal. Weigel | C-82-4137 SAW | DEC 2 3 1982 | 82-2277 | 2-1-85 | |
| A-15 | JMJ Partnership, etc., et al. v. The Central Bank and Trust Co., et al. | D.Colo. Carrigan | 82-C-1307 | DEC 2 3 1982 | 82-2260 | 10-8-85 | |
| A-16 | Four Square Investment Club, etc., et al. v. The Greeley National Bank, et al. | D.Colo Carrigan | 82-C-1305 | DEC 2 3 1982 | 82-2261 | 2-1-85 | |
| A-17 | John R. P. Wheeler v. The Central Bank and Trust Co., et al. | D. Colo. Carrigan | 82-C-1306 | DEC 2 3 1982 | 82-2266 | 9-4-85 | |
| A-18 | John R. Serhandy et al. v. Greeley National Bank, et al. | D.Colo. | 82-C-528 | DEC 2 3 1982 | (incorrect listing) | | |
| A-19 | Edward G. Hirn v. First Interstate Bank of Idaho, etc. | D. Idaho McNichols | 82-1285 | DEC 2 3 1982 | 82-2281 | 2-1-85 | |
| A-20 | Richard C. Kekeisen, et al. v. Northwestern National Bank, et al. | D.Neb. Schatz | 82-0-400 | DEC 2 3 1982 | 82-2282 | 10-3-85 | |
| A-21 | Edward E. Gatz, et al. v. Southwest Bank of Omaha, et al. | D.Neb. Schatz | 82-0-398 | DEC 2 3 1982 | 82-2283 | 10-3-85 | |
| A-22 | David N. Kettleson, et al. v. Northwestern National Bank, et al. | D. Neb. Schatz | 82-0-399 | DEC 2 3 1982 | 82-2284 | 10-3-85 | |
| A-23 | Harold H. Brandt, et al. v. The Omaha National Bank, et al. | D.Neb. | 82-0-397 | DEC 2 3 1982 | 82-2285 | 9-3-85 | |
| A-24 | American Bank & Trust, etc. v. Federal Deposit Insurance Corp., etc., et al. | W.D.Okla. Eubanks | CIV-82-1292-E | | | 4-8-85 | |

JBML FORM 1 -- Continuation @

DOCKET NO. 525 -- IN RE LONGHORN SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-25 | Kenneth O. Belby, et al. v. Utica National Bank & Trust Co. | W.D.Okla. Bohannon | CIV-82-922-B | | | 10/8/82 | trans. |
| A-26 | G. Bland Hoke, Jr., et al. v. First Wyoming Bank, etc. | D.Wyo. Brimmer | C-82-0314 | DEC 2 3 1982 | 82-2286 | 2-1-85 | dismissed |
| A-27 | Sidney Lieberman v. Penn Square Bank, et al. | E.D.Pa. Troutman | 82-3373 | | | | |
| A-28 | Benjamin J. Free, etc. v. Longhorn Developmental Program, Ltd., etc., et al. | E.D.Wisc. Evans | 82-C-1036 | DEC 2 3 1982 | 82-2269 | 2-1-85 | |
| A-29 | Gene Klurfeld v. Longhorn Developmental Program, Ltd., et al. | E.D.Wisc. Evans | 82-C-1038 | DEC 2 3 1982 | 82-2270 | 3-22-85 | |
| A-30 | Inland Foods, Inc., et al. v. Longhorn Gas Programs, Inc., et al. | D.Colo. | 82-1390 | DEC 2 3 1982 | 82-2263 | 2-1-85 | |
| A-31 | Richard E. Smith, et al. v. Longhorn Gas Programs, Inc., et al. | D.Kan. Theis | 82-1728 82-C-2172 | DEC 2 3 1982 | 82-2289 | 2-1-85 | |
| A-32 | Pacific Investments, et al. v. First Wyoming Bank, et al. | D.Wyo. Brimmer | 82-347 | DEC 2 3 1982 | 82-2287 | 2-1-85 | |
| A-33 | J.M.J. Partnership, etc., et al. v. Oonghorn Gas Programs, Inc., et al. | D.Colo. | 82-1281 | DEC 2 3 1982 | 82-2264 | 2-1-85 | |
| A-34 | Arthur J. Shartiss, et al. v. Penn Square National Bank, N.A., et al. | N.D.Calif. EFL | C-82-4501 | DEC 2 3 1982 | 82-2278 | 2-1-85 | |
| A-35 | Robert R. Agnew, et al. Penn Square National Bank, N.A., et al. | N.D.Calif. SC | C-82-4452 | DEC 2 3 1982 | 82-2276 | 2-1-85 | |
| A-36 | Laurella J. Milfeld v. Longhorn Oil & Co., et al. | N.D.Tex. Mahon | CA-4-82-385 K | DEC 2 3 1982 | 82-2788 | 2-1-85 | |
| A-37 | Norman P. Hinman, et al. v. Federal Deposit Insurance Corp., etc., et al. | N.D.Calif. WAI | C-82-4453 | DEC 2 3 1982 | 82-2280 | 2-1-85 | |
| A-38 | CGZ Partnership, etc., et al. v. Longhorn Gas Program, Inc., et al. | S.D.N.Y. | 82-Civ-4721(LPG) | DEC 2 3 1982 | 82-2294 | 2-1-85 | 12 D O P |

DOCKET NO. 525 -- In re Longhorn Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-39 | Arlene Roberts v. Longhorn Gas Programs, Inc., et al. | S.D.N.Y. | 82-Civ-5766 (MP) | DEC 2 3 1982 | 82-2295 | 2-1-85 | FDIC not filed 10/8 to Longhorn 10/_ |
| B-40 | D & G Enterprises, et al. v. Longhorn Oil and Gas Co., et al. | Okla.,W. West | 82-1415-E | | | 2-1-85 | |
| B-41 | Charles R. Gibbs, et al. v. Security Bank and Trust Co., et al. | W.D.OK West | 82-1681-E | | | 2-1-85 | OCT 8 1982 10/12/8_ |
| B-42 | Jack Coleman, et al. v. Longhorn Developmental Program, Ltd., et al. | W.D.OK Russell | 82-1529-E | | | 2-1-85 | OCT 8 1982 |
| B-43 | Neal A. McCaleb v. Federal Deposit Insurance Corp., et al. | W.D.OK Eubanks | 82-1528-E | | | 2-1-85 | OCT 8 1982 |
| B-44 | William W. Cook, et al. v. Citizen's National Bank and Trust Co. | W.D.OK West | 82-1679-E | | | 2-1-85 | OCT 8 1982 |
| B-45 | F. Joseph Scharon v. Federal Deposit Insurance Corp., et al. | W.D.OK Eubanks | 82-1575-E | | | 8/9/84 D | OCT 8 1982 |
| B-46 | Laurence Avins v. County Bank of St. Louis, et al. | E.D.MO Filippine | 82-1531-E | DEC 2 3 1982 | 82-2291 | 2-1-85 | OCT 8 1982 |
| B-47 | Climate Engineering Corp. v. United Missouri Bank of St. Louis, et al. | E.D.MO Meredith | 82-1492 | DEC 2 3 1982 | 82-2292 | 2-1-85 | OCT 8 1982 |
| B-48 | Arthur J. De Shelter v. The Mark Twain State Bank, et al. | E.D.MO Hungate | 82-1530 | DEC 2 3 1982 | 82-2293 | 2-1-85 | OCT 8 1982 |
| B-49 | Ralph Sophiea v. Longhorn Oil & Gas Co., et al. | E.D.Mich Cohn | 8273138 | DEC 2 3 1982 | 82-2266 | 2-1-85 | OCT 8 1982 |
| B-50 | David C. Burnidge v. Federal Deposit Insurance Corp., et al. | N.D.Ill. | 82-5154 | DEC 2 3 1982 | 82-2296 | 2-1-85 | OCT 8 1982 |

12 D OP

DOCKET NO. 525 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-51 | Doylan B. Forney v. Longhorn Gas and Oil Co., et al. | E.D.Mich Taylor | 8273192 | DEC 2 3 1982 | 82-2268 | 1/24/83L | OCT 8 1982 |
| B-52 | Fran D. Jabara, et al. v. Kansas State Bank & Trust Co., et al. | D. Kan. Kelly | 82-1808 | DEC 2 3 1982 | 82-2290 | 2-1-85 | OCT 8 1982 |
| B-53 | MOG Investors, et al. v. National Bank & Trust Co. of Ann Arbor, et al. | E.D.Mich Cohn | 82-60292 73563 | DEC 2 3 1982 | 82-2267 | 2-1-85 | OCT 10/21/18 1982 |
| B-54 | Mary Jane K. Hanson v. Longhorn Developmental Program, Ltd., et al. | E.D.Wisc Evans | 82-C-1123 | DEC 2 3 1982 | 82-2271 | 2-1-85 | OCT 10/3 8 1982 |
| B-55 | Martin Siegel v. First Bank Milwaukee (N.A.) | E.D.Wisc Evans | 82-C-1124 | DEC 2 3 1982 | 82-2272 | 2-1-85 | OCT 8 1982 |
| B-56 | Matt Meyer v. Longhorn Specified Property Drilling Program, Ltd., et al. | E.D.Wisc Evans | 82-C-1108 | DEC 2 3 1982 | 82-2273 | 2-1-85 | OCT 8 1982 |
| B-57 | Roy Jackson, et al. v. Suburban National Bank of Woodfield | N.D.Ill. Roszkowski | 82-C-5405 | DEC 2 3 1982 | 82-2297 | 2-1-85 | OCT 8 1982 |
| B-58 | Ronald M. Semevolos v. First National Bank and Trust Co. of Rockford | N.D.Ill. Roszkowski | 82-C-2015 | DEC 2 3 1982 | 82-2298 | 2-1-85 | OCT 8 1982 |
| B-59 | Randolph G. Lundeen v. American National Bank and Trust Co. of Rockford | N.D.Ill. Roszkowski | 82-C-2015 | DEC 2 3 1982 | 82-2299 | 2-1-85 | OCT 8 1982 |
| B-60 | Timothy Brennan v. First National of Freeport | N.D.Ill. Roszkowski | 82-C-20152 | DEC 2 3 1982 | 82-2300 | 2-1-85 | OCT 8 1982 |
| B-61 | Ray L. Wilson v. Bank of Hawaii | D.Haw Fong | 82-0515 | DEC 2 3 1982 | 82-2301 | 1-2-85 | OCT 8 1982 |
| B-62 | Lyle L. Guslander, et al. v. Bank of Hawaii | D.Haw Fong | 82-0516 | DEC 2 3 1982 | 82-2302 | 2-1-85 | OCT 8 1982 |

12 D
O P

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 525 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-63 | James C. Wo, et al. v. First Hawaiian Bank | D.Haw Fong | 82-0517 | DEC 2 3 1982 | 82-2303 | 1-8-85 | OCT 8 1982 |
| B-64 | Inland Foods, Inc., et al. v. The Exchange National Bank, et al. | D. Colo | 82-Z-1471 | DEC 2 3 1982 | 82-??65 | 26 1-85 | OCT 8 1982 |
| B-65 | Lawrence C. Zink, et al. v. Longhorn Developmental Program, Ltd., et al. 1/19/83 | W.D.Mo. Stevens | 82-0908-CV-W-8 | FEB 4 1983 | 83-272 | 2-1-85 | |
| B-66 | Ben Jones v. Longhorn Oil & Gas Co., et al. 1/19/83 | E.D.Tex. Steger | TY-82-512-CA | FEB 4 1983 | 83-273 | 2-1-85 | |
| C-67 | Horton Barbaro & Reilly, et al. v. Sunwest Bank, et al. 1/13/83 | C.D.Cal. Gadbois | 82-5472-RG(Gx) | 1/31/83 | 83-256 | 2-1-85 | |
| C-68 | Jack Mabray, etc. v. Tensas State Bank, et al. 1/13/83 | W.D.La. Scott | CV82-2418 | 1/31/83 | 83-255 | 2-1-85 | |
| C-69 | Thomas J. Hanchey v. American Bank & Trust Co. of Lafayette, La., et al. 1/13/83 | W.D.La. Davis | CV82-2781 | 1/31/83 | 83-254 | 2-1-85 | |
| C-70 | Richard Sucher v. Manufacturers National Bank of Detroit, et al. 1/13/83 | E.D.Mich. Demascio | 82-74017 | 1/31/83 | 83-253 | 2-1-85 | |
| C-71 | Barry K. Gray v. Wayne-Oakland Bank, et al. 1/13/83 | E.D.Mich. Thornton | 82-73550 | 1/31/83 | 83-252 | 2-1-85 | |
| C-72 | William Chrisman v. Southwest Bank of Omaha, et al. 1/13/83 | D.Neb. Schatz | 82-0-559 | 1/31/83 | 83-251 | 2-1-85 | |
| C-73 | The Federal Deposit Insurance Corp., et al. v. Carl Brown, et al. 1/13/83 | D.N.Mex. Campos | 82-1357 | 1/31/83 | 83-250 | 2-1-85 | |

11 D
D P

DOCKET NO. ___525--___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-74 | Conley G. Defferding, et al. v. American Bank of Commerce, et al. Opposed 1/27/83 1/13/83 | D.N.Mex. Campos | 82-1241 | 2/17/83 | 83-373 | 2-1-85 | |
| C-75 | Jack Price, et al. v. First Nat'l Bank in Albuquerque, et al. 1/13/83 | D.N.Mex. Mechem | 82-1219 | 1/31/83 | 83-247 | 1-2-85 | |
| C-76 | Dr. Robert Horne v. Zions First Nat'l Bank, et al. 1/13/83 | D.Utah Jenkins | 82-C-1055J | 1/31/83 | 83-248 | 2-1-85 | |
| C-77 | G. Myron Harrison v. Zions First National Bank, et al. 1/13/83 | D.Utah Jenkins | 82-C-1054J | 1/31/83 | 83-247 | 2-1-85 | |
| C-78 | John R. Serhant, et al. v. The Greeley National Bank, et al. 1/19/83 | D.Colo. Carrigan | 82-C-1799 | FEB 1983 | 83-274 | 2-1-85 | |
| C-79 | Chester W. Eskey v. First Interstate Bank, et al. 1/19/83 | D.Nev. Foley | 82-809 | FEB 1983 | 83-275 | 2-1-85 | |
| C-80 | Joseph W. Brown v. Valley Bank of Nevada, et al. 1/19/83 | D.Nev. Foley | 82-804 | FEB 1983 | 83-276 | 2-1-85 | |
| C-81 | John H. Payne v. First Interstate Bank et al. 1/19/83 | D.Nev. Foley | 82-810 | FEB 1983 | 83-277 | 2-1-85 | |
| C-82 | Robert G. Copeland, et al. v. K. Duane McCleery, et al. 1/19/83 Opposed 2/4/83 | S.D.Cal. Nielsen | 81-1257 | 6/2/83 | 83-1349E | 2-1-85 | |
| C-83 | D & G Enterprises, et al. v. Continental Illinois National Bank and Trust Co. of Chicago OPPOSED MAR 30 1983 1/19/83 stayed 2/2/83 | N.D.Ill. Aspen | 82-C-6993 | 4/21/83 | 83-912 | 2-1-85 | Ext. until 3/1/85 |
| XYZ-84 | Michigan National Bank v. D & G Enterprises | OK.,W. | 82-1888-E | | | 1-8-85 | |

11 D OP

JPML FORM 1 -- Continuation ®

Listing of Involved Actions -- p. 8

DOCKET NO. 525 -- In re Longhorn Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-85 | Thomas Jerald Hanchey v. Longhorn Gas Programs, Inc., et al. 4/20/83 | W.D.La. Shaw | 821951 Sec S | 5/6/83 | 83-33 | 2-1-85 | |
| C-86 | William O. Pearce v. Valley Bank of Nevada, et al. 4/20/83 | D.Nev. Reed | 82-0402-ECR | 5/6/83 | 83-1034 | 2-1-85 | |
| | July 1983 - 71 HR/10 XX2/1 Deo/80 | | | 83 | | | |
| D-87 | Arthur J. DeShetler v. Plaza Bank of Westport, et al. 6/28/83 opposed 7/11/83 | E.D.Mo. Nangle | 83-1410-C | 11/10/83 | 83-3043 E | 2-1-85 | |
| XYZ-88 | D&G Enterprises, et al. v. Coopers & Lybrand | W.D.Ok. | Civ 83-1556R | | | 2-7-85 | |
| XYZ-89 | D & G Enterprises v. Conger, J. William, et al. | W.D.Ok | Civ 83-1880-E | | | 9-30-84 | |
| D-90 | Carl Brown v. Citizens Bank, et al. 11/17/83 | D.N.M. Bratton | CIV83-1623HB DEC - 5 1983 | | 84-170 E | 2-1-85 | |
| XYZ-91 | Michigan National Bank v. William O. Pearce | W.D.Ok Eubanks | Civ-83-1809E | | | 2-1-85 | |
| D-92 | Wells Fargo Bank, National Association v. Federal Deposit Insurance Corp. Opposed 1/3/84 1/17/84 | N.D.Cal. Vukasin Weigel | C83-5620-JPV | 4/5/84 | 84-1046 E | 2-1-85 | |
| D-93 | Union Bank v. Alfred McGee, et al. Beckham Weigel | N.D.Cal. | C82-6193-RPP | | | | 8/28/84 |
| D-94 | G. Blake Chanslor, etc. v. Longhorn 1979-II Drilling Program, et al. 1/24/84 | D.N.Mex. Bratton | CIV-84-0004-HB | 2/9/84 | 84-1434 E | 2-1-85 | |

9 D
O P

DOCKET NO. _____ -- ` ` `

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-95 | Leroy J. Miller, v., Longhorn Gas Programs, Inc., et al. 2/14/84 | D.N.MEXICO Mechem | CIV84-400BM | 5-22-84 | CIV 84-1351 | 2-1-85 | |
| D-96 | Federal Deposit Insurance Corporation v. Bank of the West  opposed 3/5/84 opposed 4/19/84 | N.D.Cal. Schwarzer | C-84-0893-WWS | 8/1/84 | CIV 84-2047 | 2-1-85 | |
| D-97 | Federal Deposit Insurance Corporation v. California First Bank 4/19/84  opposed 5/7/84 | N.D.Cal Patel | C-84-0895-MHP | 8/1/84 | CIV 84-2170 | 2-1-85 | |
| D-98 | John R. Serhant v. Continental Illinois National Bank and Trust Company of Chicago, et al. 6-1-84 | D.Colo. Weinshienk | 84-913 | 6-19-84 | CIV 84-1679 | 2-1-85 | 4 D OP |

*July 1984 - 78 TR/13 XY2/2 Dis / 88 Pdg. (opp. D-96 & 97)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D-99 | Union Bank, et al. v. Alfred Moodie, et al. 6-29-84 opposed 7/16/84 | N.D.Cal. Vukasin | C-84-3243 JPV | | | | Vacated CTO 8/7/84 |

*July 1985 - 2 TR; 84 Dis; 6 Pdg*

79  TR
13  XY2
92

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- IN RE LONGHORN SECURITIES LITIGATION

(LIAISON COUNSEL LIST)

PLAINTIFFS' LIAISON COUNSEL
APPOINTED BY J. Eubanks Order 2/17/83

H. Thomas Coghill, Esquire
Coghill & Goodspeed
1600 Broadway, Suite 1620
Denver, Colorado  80202
303-832-1151

John C. McMurray, Esquire
615 NW 13th Street
Oklahoma City, Oklahoma  73102
405-528-3008

DEFENDANTS' LIAISON COUNSEL
APPOINTED BY J. Eubanks Order 2/17/83

Murray E. Abowitz, Esquire
Abowitz & Welch
P.O. Box 1937
Oklahoma City, Oklahoma  73101
405-236-4645

FDIC
Richard Noulles, Esquire
Gable & Gotwals
2010 4th National Building
Tulsa, Oklahoma  74119

LIAISON COUNSEL APPOINTED
BY J. Eubanks order
of 4/17/84

"STAKEHOLDER" BANK GROUP
A.P. Murrah, Jr., Esquire
Andrews, Davis, Legg, Bixler,
  Milsten and Murrah
500 West Main
Oklahoma City, Oklahoma 73102



Revised 9/16/82

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- In re Longhorn Securities Litigation                    p.1

---

CARL BROWN (A-1)
William S. Dixon, Esquire
Rodey, Dickason, Sloan, Akin & Robb,P.A.
P.O. Box 1888
Albuquerque, New Mexico  87103

CONLEY G. DEFFERDING, ET AL. (A-2)
John M. Eaves, Esquire
Eaves and Darling
1516 San Pedro, N.E.
Albuquerque, New Mexico  87110

JACK KENNEDY, ET AL. (A-3)
Kenneth A. Hunt, Esquire
Query, Fairfield, Reecer, Strotz &
   Stribling
P.O. Box 26387, 500 Oak St. N.E.
Albuquerque, New Mexico 87125

~~GEPO, ET AL. (A-4)~~
JOHN R. SERHANT (A-7)
Ernest W. Lohf, Esquire
Lohf, & Barnhill, P.C.
950 S. Cherry St., Suite 900
Denver, Colorado  80224

FRED B. GROVES, ET AL. (A-5)
John M. Law, Esquire
3100 First of Denver Plaza Bldg.
633 Seventeenth St.
Denver, Colorado  80202

INLAND FOODS, INC., ET AL. (A-6)
John W. Suthers, Esquire
Sparks, Dix & Enoch
P.O. Box 1678
Colorado Springs, Colorado  80901

CHARLES M. WILLIAMS, ET AL. (A-8)
Edward M. McCord, Esquire   *new counsel*
Cole, Hecox, Tolley, Edwards & Keene
316 North Tenjon   *Unknown*
Colorado Springs, Colorado  80903

GEOPET, ET AL. (A-9)   *Dismissed*
Eugene A. Gargaro, Jr., Esquire
Dykema, Gossett, Spencer, Goodnow
   & Trigg
400 Renaissance Center, 35th Fl.
Detroit, Michigan  48243

EDWARD G. HIRN (A-10)
FRANK THOMAS, ET AL. (A-12)
ROBERT AGNEW, ET AL. (A-13)
FRANK LENAHAN, ET AL. (A-14)
EDWARD G. HIRN (A-19)
Raymond N. Erlach, Esquire
Hunt, Gram & Epstein
One Market Plaza
Spear Street Tower, Suite 2210
San Francisco, CA  94105

ALAN F. FRANK (A-11)
Richard D. Burbidge, Esquire
Stephen B. Mitchell, Esquire
Burbidge, Mabey & Mitchell
438 East 200 South, Suite 1
Salt Lake City, Utah  84111

JMJ PARTNERSHIP, ET AL. (A-15)
FOUR SQUARE INVESTMENT CLUB, ET AL. (A-16)
JOHN R.P. WHEELER (A-17)
Michael J. Peterson, Esquire
Bosworth & Slivka, P.C.
650 S. Cherry Street #525
Denver, Colorado  80222

RICHARD C. KEDEISEN, ET AL. (A-20)
EDWARD E. GATZ, ET AL. (A-21)
DAVID N. KETTLESON, ET AL. (A-22)
HAROLD H. BRANDT, ET AL. (A-23)
Thomas H. Dahlk, Esquire
Fitzgerald, Brown, Leahy, Strom, Schorr
   & Barmettler
1000 Woodmen Tower
Omaha, Nebraska  68102

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. __525__ -- __In re Longhorn Securities Litigation__

---

AMERICAN BANK & TRUST, EDMOND, OK. (A-24)
Bart A. Boren, Esquire
Bodnar, Williams & Boren
The Paragon, 5801 N. Broadway Extension
Suite 302
Oklahoma City, OK 73118

KENNETH O. MELBY, ET AL. (A-25) (No App.
Scott W. McEachin, Esquire      Rec'd)
Brady & McEachin
320 South Boston, Suite 840
Tulsa, Oklahoma 74103

G. BLAND HOKE, ET AL. (A-26)  (No App.
Henry C. Phibbs II, Esquire      Rec'd)
Maurie Cabin, Esquire
Box 1082
Jackson, Wyoming 83001

SIDNEY LIEBERMAN (A-27) (No App. Rec'd)
David E. Wagenseller, Esq.
Skirk, Reist & Posey
P.O. Box 1552
Lancaster, Pennsylvania 17603

LONGHORN GAS PROGRAMS, INC.
LONGHORN GAS CO.
JOHN D. LANG
JOHN O. SMITH
W. W. "BILL" KILLINGSWORTH
JERRY O. NOVAKOWSKI
LONGHORN 1979-II DRILLING PROGRAM
LONGHORN OIL AND GAS CO.
LONGHORN & ASSOCIATES, LTD.
LONGHORN DEVELOPMENTAL PROGRAM, LTD.
LONGHORN 1980 PRIVATE DRILLING PROGRAM
LONGHORN 1981 PEIVATE DRILLING PROGRAM
LONGHORN SPECIFIED PROPERTY DRILLING
   PROGRAM, LTD.
WILLIAM CONGER
LONGHORN 1980-I PRIVATE DRILLING PROGRAM
LONGHORN PRIVATE DRILLING PROGRAM 1981LTD
LONGHORN PETROLEUM CORP.
LONGHORN & ASSOCIATES, LTD. DRILLING
   PROGRAM 1980-II
Murray E. Abowitz, Esquire
Abowitz & Welch
P.O. Box 1937
Oklahoma Ci ty, OK 73101

405-236-1615

---

CARL W. SWAN
John K. Villa, Esquire
Williams & Connolly
839 17th Street, N.W.
Washington, D. C. 20006

FEDERAL DEPOSIT INSURANCE CORP.
Charles C. Baker, Esquire
Gable & Gotwals
20th Floor, 4th National Bldg.
Tulsa, Oklahoma 74119

JAY L. ANDERSON
Jeffrey L. Smith, Esquire
Cohen, Brame & Smith, P.C.
1518 Lincoln Center Bldg.
1660 Lincoln St.
Denver, Colorado 80202

FIRST NATIONAL BANK IN ALBUQUERQUE
Robert M. St. John, Esquire
Rodey, Dickason, Sloan, Akin
   & Robb, P.A.
P.O. Box 1888
Albuquerque, New Mexico 87103

DENNIS C. RUSSELL
Roger L. Keithley, Esquire
Krys, Boyle, Golz & Keithley
1520 Denver Club Building
518 Seventeenth St.
Denver, Colorado 80202

BILL P. JENNINGS
Charles C. Green, Esquire
Turner, Turner, Green & Baun
1319 Classen Drive
Oklahoma City, Oklahoma 73103

STIFEL, NICOLAUS & CO., INC.
John Michael Clear, Esquir
Bryan, Cave McPheeters & McRoberts
500 North Broadway
St. Louis, Missouri 63102

J. D. ALLEN
Nancy E. Friedman, Esq.
Sheinfeld, Maley, & Kay
3700 First City Tower
1001 Fannin Street
Houston, Texas 77002

DOCKET NO. 525 -- In re Longhorn Securities Litigation

CENTRAL BANK AND TRUST CO. d/b/a
CENTRAL BANK OF DENVER
John E. Bush, Esquire
Central Bank of Denver
1515 Arapahoe Street
Denver, Colorado  80292

SOUTHWEST BANK OF OMAHA
SECURITY NATIONAL BANK OF OMAHA
Keith I. Frederick, Esquire
Schmid, Ford, Mooney & Frederick
1800 First National Center
Omaha, Nebraska  68102

BANK OF MILLARD
Robert C. Fisk, Esquire
Finlayson, McKie & Fisk
1375 One First National Center
Omaha, Nebraska  68102

DOUGLAS COUNTY BANK & TRUST CO.
Paul Scott Dye, Esquire
Baird, Holm, McEachen, Pedersen,
  Hamann & Strasheim
1500 Woodmen Tower
Omaha, Nebraska  68102

THE UNITED STATES NATIONAL BANK
  OF OMAHA/CENTER BANK
Joseph Polack, Esquire
Polack & Woolley, P.C.
570 Continental Building
Omaha, Nebraska  68102

FIRST WESTSIDE BANK
Meyer H. Coren, Esquire
Viren, Epstein, Leahy & Coren
200 First Westside Bank Bldg.
222 South 72nd Street
Omaha, Nebraska  68114

OMAHA NATIONAL BANK
Dean F. Suing, Esquire
Katskee & Henatsch
525 Univac Building
7100 West Center Road
Omaha, Nebraska  68106

AMERICAN NATIONAL BANK
Clayton Byam, Esquire
317 American National Bldg.
8990 West Dodge Road
Omaha, Nebraska  68114

AMES BANK
William J. Mueller, Esquire
Sodoro, Daly & Sodoro
200 Century Professional Plaza
7000 Spring Street
Omaha, Nebraska  68106

FIRST NATIONAL BANK OF OMAHA
Joyce A. Dixon, Esquire
Dixon, Dixon & Minahan, P.C.
Suite 2145
One First National Center
Omaha, Nebraska  68102

PACKERS NATIONAL BANK IN OMAHA
MaryBeth Frankman, Esquire
Nelson & Harding
800 Nebraska Savings Building
1623 Farnam Street
Omaha, Nebraska  68102

UTICA NATIONAL BANK & TRUST CO.
(No Appearance Received)
Michael Kirschner, Esquire
Hastie & Kirschner
880 First National Center
Oklahoma City, Okalhoma  73102

FIRST WYOMING BANK (No Appearance Received)
R. Michael Mullikin, Esquire
P.O. Box 3345
Jackson, Wyoming 83001

NORTHSIDE BANK
Edward F. Pohren, Esquire
Dwyer, O'Leary &  Martin, P.C.
810 Woodmen Tower
Omaha, Nebraska 68102

DOCKET NO. 525 -- In re Longhorn Securities Litigation

NORTHWESTERN NATIONAL BANK
FIRST WESTROADS BANK, INC.
BANK OF THE MIDLANDS
Thomas F. Flaherty, Esquire
Zweiback, Kasher, Flaherty &
  Dewitt, P.C.
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114

WILLIAM PATTERSON
Burck Bailey, Esquire
2400 First National Center
Oklahoma City, Oklahoma 73102

Unable to determine counsel
or addresses for the
following
PENN SQUARE NATIONAL BANK
ROBYN P. FULTON
INLAND GAS PROGRAMS, INC.
HAMILTON BANK
TEXAS OIL FIELD SUPPLY, INC.

NORTHWESTERN NATIONAL BANK
BOBBY J. BROWN
JERRY A. BROWN
WILLIAM T. TATUM
RICHARD T. ANDERSON
IMOZELLE ANDERSON

CONTINENTAL DRILLING CO.
Grey W. Satterfield, Esquire
Kornfeld, Satterfield, McMillin,
  Harmon, Phillips & Upps
3037 N.W. 63rd Street
Suite 200-W
Oklahoma City, Oklahoma 73116

FIRST INTERSTATE BANK OF IDAHO, N.A.
Randall A. Peterman, Esq.
Elam, Burke, Evans, Boyd & Koontz
Post Office Box 1559
Boise, Idaho 83701



'JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p. 5

DOCKET NO. 525 -- In re Longhorn Securities Litigation

---

BENJAMIN J. FREE (A-28)
Ross R. Kinney, Esq.
Quarles & Brady
780 North Water Street
Milwaukee, Wisconsin 53202

GENE KLURFELD (A-29)
Alan Marcuvitz, Esquire
Peregrine Marcuvitz & Peltin
633 West Wisconsin Avenue
Suite 1600
Milwaukee, Wisconsin 53203

INLAND FOODS, INC. (A-30)
(Appearance Previously Received)
John W. Suthers, Esquire

RICHARD E. SMITH (A-31)
William C. Farmer, Esquire
William L. Mitchell, Esquire
Smith, Shay, Farmer, et al.
200 W. Douglas, 8th Floor
Wichita, Kansas 67202

PACIFIC INVESTMENTS, ET AL. (A-32)
John B. Rogers, Esquire
Post Office Box 491
1603 Capitol Ave.
Cheyenne, Wyoming 82003

JMJ PARTNERSHIP, ET AL. (A-33)
(Appearance Previously Received)
Michael J. Peterson, Esq.

ARTHUR J. SHARTSIS, ET AL. (A-34)
Stewart H. Foreman, Esq.
Shartsis, Friese & Ginsburg
255 California St., 9th Floor
San Francisco, Calif. 94111

COUNSEL APPEARING ON THIS PAGE ARE
REQUESTED TO FORWARD THEIR APPEARANCE
IN ACCORDANCE WITH RULE 5 AS SOON AS
POSSIBLE.

ROBERT R. AGNEW, ET AL. (A-35)
(Appearance Previously Recived)
Robert N. Erlach, Esquire

LAURELLA J. MILFELD (A-36)
Dean Carlton, Esquire
3109 Carlisle
P.O. Box 190427
Dallas, Texas 75210

NORMAN P. HINMAN, ET AL. (A-37)
(Attorney on PASL)
Robert N. Erlach, Esquire

CGZ PARTNERSHIP, ETC., ET AL. (A-38)
Ford, Marrin, Esposito & Witmeyer
120 Wall Street
New York, New York 10005

ARLENE ROBERTS (A-39)

Sol V. Slotnik, Esquire
369 Lexington Ave.
New York, New York 10017

FIRST BANK (N.A.) Milwaukee
Michael Ryan, Esquire
First Bank (N.A.) Milwaukee
201 West Wisconsin Avenue
Milwaukee, Wisconsin 53203

JPML FORM 2A -- Continuation

Counsel of Record -- p. 6

DOCKET NO. 525 -- In re Longhorn Securities Litigation

| | |
|---|---|
| **CITIBANK, N.A.**<br>Charles A. Crocco, Jr., Esq.<br>Lunney & Crocco<br>641 Lexington Ave.<br>New York, New York  10022 | Cannot Determine Counsel for<br>Following<br>THE BANK OF SAN FRANCISCO<br>SECURITY PACIFIC BANK<br>BANK OF AMERICA NT & SA |

JPML FORM 2A -- Continuation ●

Counsel of Record -- p. 7

DOCKET NO. 525  -- In re Longhorn Securities Litigation

PARTIES ON AMENDED MOTION OF 10/8/82

D & G ENTERPRISES, ET AL. (B-40)
H. Thomas Coghill, Esq.
Coghill & Goodspeed
1600 Broadway, Suite 1620
Denver, Colorado  80202
303 - 832 - 1151

CYRIL H.C. FUNG (Deft. B-40)
Richard M. Franklin, Esq.
Baker & McKenzie
Prudential Plaza
Chicago, Illinois  60601

CHARLES R. GIBBS, ET AL. (B-41)
O. Christopher Meyers, Esq.
15 N.W. 44th
Box 1087
Lawton, Oklahoma  73502

JACK COLEMAN, ET AL. (B-42)
Jay R. Bond, Esq.
903 N. W. 13th
Oklahoma City, Oklahoma  73106

NEAL A. MCCALEB (B-43)
John A. McCaleb, Esq.
Fenton, Fenton, Smith, Reneau & Moon
200 Court Plaza Building
228 Robert S. Kerr Ave.
Oklahoma City, Oklahoma  73102

WILLIAM W. COOK, ET AL. (B-44)
John Kinslow, Esq.
(See B-41 for address)

F. JOSEPH SCHARON (B-45)
Richard D. Hampton, Esq.
109 N. Walker
Oklahoma City, Oklahoma  73102

LAURENCE AVINS (B-46)
Gerard F. Hempstead, Esq.
Suelthaus, Krueger, Cunningham,
  Yates & Kaplan
7711 Carondelet Ave., Suite 500
St. Louis, Missouri  63105

CLIMATE ENGINEERING CORP. (B-47)
John T. Murphy, Jr., Esq.
1015 Locust Street, Suite 720
St. Louis, Missouri  63101

ARTHUR J. DE SHELTER (B-48)
Dudley C. Dunlop, Esq.
10 S. Brentwood, Suite 214
Clayton, Missouri  63105

RALPH SOPHIEA (B-49)
Peter J. Mitoff, Esq.
16000 W. 9 Mile Road
Suite 114
Southfield, Michigan  48075

DAVID C. BURNIDGE (B-50)
Coles & Griffin, Ltd.
3700 Three First National Plaza
Chicago, Illinois  60602

DOYLAN B. FORNEY (B-51)
Stanley R. Kirk, Esq.
350 Marquette Building
243 West Congress
Detroit, Michigan  48226

JPML FORM 2A -- Continuation

Counsel of Record -- p. 8

DOCKET NO. 525 --

---

FRAN D. JABARA, ET AL. (B-52)
William C. Farmer, Esq.
(See A-31 for address)

MOG INVESTORS, ET AL. (B-53)
David J. Hutchinson, Esq.
Hooper, Hathaway, Price, Beuche
& Wallace
126 S. Main Street
Ann Arbor, Michigan  48104

MARY JANE K. HANSON (B-54)
Ross R. Kinney, Esq.
(See A-28 for address)

MARTIN SIEGEL (B-55)
Jack J. Gimbel, Esq.
744 N. Fourth Street
Milwaukee, Wisconsin  53203

MATT MEYER (B-56)
Michael B. Apfeld, Esq.
Godfrey & Kahn
780 N. Water Street
Milwaukee, Wisconsin  53202

ROY JACKSON, ET AL. (B-57)
RONALD M. SEMEVOLOS (B-58)
RANDOLPH G. LUNDEEN (B-59)
RAY L. WILSON (B-61)
LYLE L. GUSLANDER, ET AL. (B-62)
JAMES C. WO, ET AL. (B-63)
Raymond N. Erlach, Esq.
Hunt, Gram & Epstein
One Embarcadero Plaza   A-10
Spear Street Tower, Suite 2210
San Francisco, Calif.  94105

TIMOTHY BRENNAN (B-60)
Tym J. Kerr, Esq.
Crowley, Fuller & Manning
135 S. LaSalle Street
Suite 758
Chicago, Illinois  60603

INLAND FOODS, INC., ET AL. (B-64)
Norman A. Palermo, Esq.
Phillip A. Vaglica, Esq.
Quigley & Palermo
Post Office Box 2050
Colorado Springs, Colorado  80901

Timothy V. Dix, Esq.
Sparks, Dix and Enoch
228 S. Tejon, Suite 304
Colorado Springs, Colorado  80902

Bernard L. Trott, Esq.
First Nat'l Bank Bldg. #321
Colorado Springs, Colorado  80903

Terry D. Hendricks, Esq.
Hendricks and Hendricks
4035 S. Nonchalant Circle #101
Colorado Springs, Colorado  80917

Robert Dunlap, Esq.
830 N. Tejon, Suite 408
Colorado Springs, Colorado  80903

JPML FORM 2A -- Continuation

DOCKET NO. 525 --

---

Gerald Tolley, Esq.
3 South Tejon
Colorado Springs, Colorado  80903

O. Christopher Meyers, Esq.
(See B-41)

BANK OF HAWAII
Alan M. Oshima, Esq.
Carlsmith, Carlsmith, Wichman
  & Case
2200 Pacific Trade Center
190 S. King Street
Honolulu, Hawaii  96813

MARK TWAIN STATE BANK
Rodney W. Sippel, Esq.
Husch, Eppenberger, Donohue, Elson
  & Cornfeld
100 N. Broadway, Suite 1800
St. Louis, Missouri  63102

UNITED MISSOURI BANK OF ST. LOUIS
S. Michael Thomas, Esq.
Hanlon, Nouss, Inkley & Coughlin
222 S. Central Ave.
Suite 500
Clayton, Missouri  63105

EXCHANGE NATIONAL BANK
Gregory R. Piche, Esq.
R. Tim McKenna, Esq.
Spurgeon, Haney & Howbert
1400 Holly Sugar Building
Chase Stone Center
Post Office Box 2340
Colorado Springs, Colorado  80901

SECURITY BANK AND TRUST CO. OF LAWTON
Eddie Y. Newcombe, Esq.
308 Security Bank Bldg.
Lawton, Oklahoma  73501

SHERIDAN BANK
William Stratton, Esq.
813 B Avenue
Lawton, Oklahoma  73501

FT. SILL NATIONAL BANK
R. Keith Jennings, Esq.
Post Office Box 203
Lawton, Oklahoma  73502

CITIZEN'S NATIONAL BANK
David A. Creek, Esq.
McKinney, Stringer & Webster
Ninth Floor, City Center Bldg.
Main and Broadway
Oklahoma City, Oklahoma  73102

NICHOLS HILL BANK
James E. Work, Esq.
Shirk, Work, Robinson & Williams
1108 Colcord Bldg.
Oklahoma City, Oklahoma  73102

FIDELITY BANK, N.A.
Roland Tague, Esq.
Groves, Bleakley & Tague
901 Fidelity Plaza
Oklahoma City, Oklahoma  73102

FIRST HAWAIIAN BANK
Wallace S. Fujiyama, Esq.
Fujiyama, Duffy & Fujiyama
Suite 2650, Pacific Trade Center
190 S. King Street
Honolulu, Hawaii  96813

JPML FORM 2A -- Continuation

Counsel of Record -- p. 12

DOCKET NO. _____ -- _____

---

NOTIFICATION OF COUNSEL FOR THE PARTIES
LISTED BELOW PROVIDED BY FDIC THROUGH
PLEADING No. 51

TOS INDUSTRIES, INC.
a/k/a Texas Oil Field Supply, Inc.
Lowell T. Cage, Esq.
Leger, Hall, Hill, Glover & Gage
2640 Fountainview, Suite 200
Houston, Texas  77057

FIRST PENN CORPORATION
Kenneth Spears, Esq.
Spears & Forbes
200 North Harvey Avenue
Oklahoma City, Oklahoma  73102

ELDON L. BELLER
Robert G. Perrine, Esq.
Talley & McIlroy
219 East Main Street
Norman, Okalhoma  73069

FRANK L. MURPHY
Harold M. Durall
1220 United Founders Life Tower
Oklahoma City, Oklahoma  73112

RONALD H. BURKS
James W. Bill Berry, Esq.
2500 City National Bank Tower
Oklahoma City, Oklahoma  73102

David M. Becker, Esq.
Wilmer, Cutler & Pickering
1666 K Street, N.W.
Washington, D. C.  20006

ELIZABETH MERRICK COE
GARY M. COOK
JAMES G. RANDOLPH
JERRY RICHARDSON
W. A. "DUB" ROSS
GENE SMELSER
James E. Work, Esq.
Shirk, Work, Robinson & Williams
1108 Colcord Building
Oklahoma City, Oklahoma  73102

John Snodgrass, Esq.
David T. Hedges, Jr., Esq.
Vinson & Elkins
3000 First City Tower
Houston, Texas  77002

C. F. "TAG" KIMBERLING
Jack G. Bush, Esq.
Bush, Klaus & Underwood
5000 N. Brookline Avenue
Oklahoma City, Oklahoma  73112

MARVIN K. MARGO
George F. Short, Esq.
Short, Barnes, Wiggins, Margo,
  Adler & Worten
1800 Liberty Tower
Oklahoma City, Oklahoma  73102

JOHN PRESTON
John Goodman, Esq.
200 North Harvey
Oklahoma City, Oklahoma  73102

BILL STUBBS
James A. Kirk, Esq.
Kirk & Chaney
1300 Midland Center
134 Robert S. Kerr Avenue
Oklahoma City, Oklahoma  73102

JOHN E. ROONEY
Fred S. Nelson, Esq.
Hall, Estill, Hardwick, Gable
  Collingsworth & Nelson
4100 Bank of Oklahoma Tower
Tulsa, Oklahoma  74172

INVESTMENT SEARCH, INC.
Kirk D. Frederickson, Esq.
Day, Frederickson, Merrick & Patton
2200 Classen Boulevard
Suite 1110
Oklahoma City, Oklahoma  73106



JPML FORM 2A -- Continuation

Counsel of Record -- p. 11

DOCKET NO. 525 -- IN RE LONGHORN SECURITIES LITIGATION

LAWRENCE C. ZINK, ET AL. (B-65)
Clem W. Fairchild, Esq.
Linde, Thomson, Fairchild, Langworthy,
   Kohn & Van Dyke
27th Floor City Center Square
12th & Baltimore, P. O. Box 26010
Kansas City, Missouri  64196

TRADERS BANK OF KANSAS CITY
David A. Welte, Esq.
Polsinelli, White, Schulte & Vardeman
4705 Central
Kansas City, Missouri  64112

THE METROPOLITAN BANK
Duke W. Ponick, Jr., Esq.
Post Office Box 26035
Kansas City, Missouri  64196

CITY BANK & TRUST COMPANY
UNITED MISSOURI BANK
OVERLAND PARK BANK & TRUST COMPANY
Dennis R. Rilinger, Esq.
Watson, Ess, Marshall & Enggas
1500 Home Savings Building
1006 Grand Avenue
Kansas City, Missouri  64106

BLUE RIDGE BANK & TRUST COMPANY
Ford R. Nelson, Jr., Esq.
Dietrich, Davis, Dicus, Rowlands
   & Schmitt
1700 City Center Square
1100 Main Street
Kansas City, Missouri  64105

SHAWNEE STATE BANK
Lewis A. Heaven, Jr., Esq.
Bennett & Heaven
Post Office Box 3205
Shawnee, Kansas  66203

COMMERCE BANK OF INDEPENDENCE
Benjamin F. Mann, Esq.
Blackwell, Sanders, Matheny, Weary
   & Lombardi
600 Five Crown Center
2480 Pershing Road
Kansas City, MO  64108

Hal E. Morris, Esq.
Commerce Bancshares, Inc.
Post Office Box 13686
Kansas City, MO  64199

LAUREL BANK OF RAYTOWN
Laurel Bank of Raytown
9063 East Gregory
Raytown MO  64133

MERCANTILE BANK & TRUST COMPANY
Jack B. Robertson, Esq.
Field, Gentry, Benjamin &
   Robertson
600 East 11th Street
Kansas City, MO  64106

BEN JONES  (B-66)
James Douglas Pickett, Esq.
Post Office Box 573
Winnsboro, Texas  75494

AMERICAN NATIONAL BANK OF
GARLAND, TEXAS
Jerry Russell, Esq.
9500 Forest Lane
Suite 400
Dallas, Texas  75243

RED BRIDGE MERCANTILE BANK
Red Bridge Mercantile Bank
11204 Holmes
Kansas City, Missouri  64131

R. G. ROBERTS
CITIZENS NATIONAL BANK
R. G. Roberts, President
Citizens National Bank
Citizens National Bank Plaza
200 South Main Street
Fort Scott, Kansas  66701

Case MDL No. 525   Document 1   Filed 06/03/15   Page 38 of 57

| | |
|---|---|
| **HORTON BARBARO & REILLY, ET AL.  (C-67)**<br>Horton Barbaro & Reilly<br>1020 North Broadway<br>Fourth Floor<br>Santa Ana, California  92701 | **THOMAS J. HANCHEY (C-69)**<br>James R. Lewis, Esq.<br>Lewis & Lolley<br>Seven Flagg Place, Suite 100<br>Lafayette, LA 70508 |
| **SUNWEST BANK** (Deft. C-67)<br>Oster & Shuchman<br>444 W. 10th Street<br>Santa Ana, California  92701 | **AMERICAN BANK & TRUST CO.** (Deft. C-69)<br>  **OF LAFAYETTE, LA.**<br>D. R. Sartor, Jr., Esq.<br>(see counsel for C-68) |
| **JACK MABRAY, ETC. (C-68)**<br>B.G. Iverson, Esq.<br>P.O. Box 4843<br>Monroe, Louisiana  71103 | John W. Hutchinson, Esq.<br>Voorhies & Labbe<br>P.O. Box 3527<br>Lafayette, LA 70502 |
| Raymond N. Erlach, Esq.<br>Hunt, Gram & Epstein *See A-10*<br>One Market Plaza<br>Spear Tower, Suite 2210<br>San Francisco, Calif.  94105 | **RICHARD SUCHER (C-70)**<br>David Foltyn, Esq.<br>Honigman, Miller, Schwartz & Cohn<br>2290 First National Building<br>Detroit, Michigan  48226 |
| **TENSAS STATE BANK** (Deft. C-68)<br>Burton L. Wade, Esq.<br>P.O. Box 168<br>St. Joseph, Louisiana  71366 | **BARRY K. GRAY (C-71)**<br>Bruce T. Wallace, Esq.<br>126 S. Main Street<br>Ann Arbor, Michigan  48104 |
| Thompson L. Clarke, Esq.<br>P.O. Box 108<br>St. Joseph, Louisiana  71366 | **WILLIAM CHRISMAN (C-72)**<br>John H. Bernstein, Esq.<br>Higgins & Okun<br>650 Continental Bldg.<br>Omaha, Nebraska  68102 |
| D.R. Sartor, Jr., Esq.<br>Snellings, Breard, Sartor, Inabnett<br>  & Trascher<br>P.O. Box 6134<br>Monroe, Louisiana  71211 | |

JPML FORM 2A -- Continuation

DOCKET NO. 525 -- _____

---

THE FEDERAL DEPOSIT INSURANCE CORP.,
 ET AL. (C-73)
James P. Houghton, Esq.
P.O. Box 2168
Albuquerque, New Mexico  87103


CARL BROWN (Deft. C-73)

 (same as A-1)

---

LEROY J. MILLER (Deft. C-73)
Daniel E. Duncan, Esq.
1921-B Carlisle, N.E.
Albuquerque, New Mexico  87110

FIRST INTERESTATE BANK (Deft. C-73)
John M. Kulikowski, Esq.
P.O. Drawer AA
Albuquerque, New Mexico  87103

CONLEY G. DEFFERDING, ET AL. (C-74)
John Mel Eaves, Esq.
Eaves & Darling
1516 San Pedro NE
Albuquerque, New Mexico  87110

AMERICAN BANK OF COMMERCE (Deft. C-74)
Martin E. Threet, Esq.
6400 Uptown, NE
Suite 500 West
Albuquerque, New Mexico  87110

---

JACK PRICE, ET AL. (C-75)
Steven Fairfield, Esq.
Query, Fairfield, Reecer, Strotz
  & Stribling, P.C.
P.O. Box 26387
Albuquerque, New Mexico  87125


DR. ROBERT HORNE (C-76)
G. MYRON HARRISON (C-77)
Richard D. Burbidge, Esq.
Burbidge, Mabey & Mitchell
438 East 2nd South #1
Salt Lake City, Utah  84111

ZIONS FIRST NATIONAL BANK (Deft. C-76
John Beckstead, Esq.              & C-77)
Greene, Callister & Nebeker
800 Kennecott Building
Salt Lake City, Utah  84133

---

Unable to determine counsel or
address for the following defendants:

MANUFACTURERS NATIONAL BANK OF DETROIT
WAYNE-OAKLAND BANK

G. BLAKE CHANSLOR
Thomas J. Dunn, Esquire
Joseph L. Werntz, Esquire
Moses, Dunn, Beckley, Esponosa, Tuthill
601 First Street, N.W.
Albuquerque, New Mexico 87103

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p. 14

DOCKET NO. __525__ -- In re Longhorn Securities Litigation

| | |
|---|---|
| JOHN R. SERHANT, ET AL. (C-78)<br>William E. Shade, Esq.<br>Shade, Doyle, Klein, Otis, Shaba<br>& Frey<br>300 Greeley National Plaza<br>Greeley, Colorado 80631 | K. DUANE McCLEERY<br>(Deft. in C-82)<br>James Shannon, Esq.<br>9001 Grossmont Blvd.<br>LaMesa, Calif. 92041 |
| Charles A. Karowsky, Esq.<br>Karowsky, Witwer & Oldenburg<br>550 Greeley National Plaza<br>Greeley, Colorado 80631 | LYLE J. MORTENSEN<br>ARTHUR D. CANDLAND<br>G&O INVESTORS<br>(Defts. in C-82)<br>Bruce Richards, Esq.<br>1805 S. Redwood Road<br>Salt Lake City, Utah 84101 |
| Ernest W. Lohf, Esq.<br>(See A-7 for address) | |
| CHESTER W. ESKEY (C-79)<br>JOSEPH W. BROWN (C-80)<br>JOHN H. PAYNE (C-81)<br>Douglas Edwards, Esq.<br>Beckley, Singleton, DeLanoy & Jemison<br>302 E. Carson, #1000<br>Las Vegas, Nevada 89101 | D & G ENTERPRISES, ET AL. (C-83)<br>James E. O'Halloran, Jr., Esq.<br>O'Halloran, Lively & Walker<br>1372 Shermer Road<br>Northbrook, Illinois 60062 |
| FIRST INTERSTATE BANK<br>(Deft. in C-79 & C-81)<br>Harry E. Hinderlighter, III, Esq.<br>Post Office Box 15188<br>Las Vegas, Nevada 89114 | CONTINENTAL ILLINOIS NAT'L BANK<br>& TRUST CO. OF CHICAGO (Deft. in C-83)<br>Gerald D. Mindell, Esq.<br>Arthur F. Radke, Esq.<br>Paul K. Vickrey, Esq.<br>105 W. Adams Street<br>7th Floor<br>Chicago, Illinois 60693 |
| VALLEY BANK OF NEVADA<br>(Deft. in C-80)<br>John C. Whelton, Esq.<br>411 S. Sixth Street<br>Las Vegas, Nevada 89101 | GREELEY NATIONAL BANK (deft. in C-78)<br>Greeley National Bank<br>One Greeley Nat'l Plaza<br>P. O. Box 1098<br>Greeley, Colo. 80632 |
| ROBERT G. COPELAND, ET AL. (C-82)<br>Edward J. McIntyre, Esq.<br>Gray, Gary, Ames & Frye<br>2100 Union Bank Building<br>San Diego, Calif. 92101 | CACHE NAT'L BANK OF GREELEY (deft. in C-78)<br>Cache Nat'l Bank of Greeley<br>Post Office Box 1257<br>Greeley, Colorado 80632 |

OPPOSED MAR 30 1983

OPPOSED MAR 30 1983

OPPOSED FEB - 4 1983

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- In re Longhorn Securities Litigation

---

THOMAS JERALD HANCHEY (C-85)
James R. Lewis, Esq.
Lewis & Lolley
Seven Flagg Place - Suite 100
Lafayette, LA 70508

WILLIAM O. PEARCE (C-86)
Jon J. Key, Esq.
P. O. Box 20580
Reno, Nevada 89515

VALLEY BANK OF NEVADA (deft. inC-86)
Peter B. Holden, Esquire
421 Court Street
Reno, Nevada 89501

F. Harvey Whittemore, Esquire
Post Office Box 2610
Reno, Nevada 89505

ARTHUR J. DESHETLER (D-87)
Dudley C. Dunlop, Esq.
Martin Schiff, Jr.
10 South Brentwood, Suite 214
Clayton, Missouri 63105

opposed 7/11/83

PLAZA BANK OF WESTPORT, ET AL.
(deft. inD-87)
Michael H. Wetmore, Esq.
Torrence R. Thomas, Jr., Esquire
Popkin, Stern, Heifetz, Lurie,
Sheehan, Reby & Chervitz
7733 Forsyth Boulevard
22nd Floor
St. Louis, Missouri 63105

opposed 7/11/83

CARL BROWN (D-90)
William S. Dixon, Esquire
Post Office Box 1888
Albuquerque, New Mexico 87103

FDIC (Local Counsel in D-90)
James P. Houghton, Esq.
Modrall, Sperling, Roehl,
Harris & Sisk
800 Public Service Building
P.O. Box 2168
Albuquerque, New Mexico 87103-2168

CITIZENS BANK (Deft. in D-90)
Joseph Palmer, Esquire
Palmer & Frost
200 North Allen
Farmington, New Mexico 87401

WELLS FARGO BANK, NATIONAL
ASSOCIATION (D-92)
William F. Sullivan, Esq.
Brobeck, Phleger & Harrison
One Market Plaza
Spear Street Tower
San Francisco, CA 94105

opposed 1/17/84

ALAN C. HOBBS; G. ROGERS CARRINGTON;
ROBERT R. AGNEW; FRANK E. THOMAS
Raymond N. Erlach, Esq.
Hunt & Erlach
One Market Plaza
Spear Tower, Suite 2210
San Francisco, CA 94105-1174

JPML FORM 4A -- Continuation

**Panel Attorney Service List -- p.** _____

DOCKET NO. _____ -- _____

---

**UNION BANK (D-93)**
Peter B. Bothel, Esquire
Ross, Ivanjack & Alborg
One Kaiser Plaza, Suite 525
Oakland, California 94612

Defendant in D-93:
**ALFRED MOODIE, ET AL.**
Raymond N. Erlach, Esquire
Hunt & Erlach
One Market Plaza
Spear Tower, Suite 2210
San Francisco, California 94105-1174

**G. BLAKE CHANSLOR, ETC. (D-94)**
Thomas J. Dunn, Esquire
Moses, Dunn, Beckley, Espinosa
  & Tuthill
200 Lomas Blvd., N.W.
Suite 800
Albuquerque, New Mexico 87102

Local counsel for defts. in D-94 & *D95*

  James P. Houghton, Esq.
  Modrall, Sperling, Roehl, Harris
    & Sisk
  P.O. Box 2168
  Albuquerque, New Mexico 87103

  Robert M. St. John, Esq.
  Rodey, Dickason, Sloan, Akin & Robb
  P.O. Box 1888
  Albuquerque, New Mexico 87103

  J. Douglas Compton, Esq.
  Kemp, Smith, Duncan & Hammond
  P.O. Box 1276
  Albuquerque, New Mexico 87103

  Nancy Friedman Atlas, Esquire
  Sheinfeld, Maley & Kay
  3700 First City Tower
  Houston, Texas 77002

---

**LEROY J. MILLER (D-95)**
  Daniel E. Duncan, Esq.
  1921-B Carlisle, N.E.
  Albuquerque, N.M. 87110   *[handwritten]*

**UNION BANK, ET AL. (D-99)**
*Andrea Shwall, Esq.*
Ross, Ivanjack & Alborg
One Kaiser Plaza
Suite 525
Oakland, California 94612   *opposed 7/16/84*

Defts. in D-99

**ALFRED MOODIE, ET AL.**
Raymond N. Erlach, Esquire
Hunt & Erlach
One Market Plaza
Spear Tower
Suite 2210
San Francisco, California 94105

Local Counsel for deft. in D-99

**FEDERAL DEPOSIT INSURANCE CORP. (D-99)**

Denis F. Schanagher, Esquire   *opposed 7/16/84*
Bronson, Bronson & McKinnon
555 California Street
San Francisco, California 94104

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>525</u> -- _____

_____

_____

Notice of Opposition filed 1/17/84

<u>WELLS FARGO BANK, NATIONAL ASSOC. (D-92)</u>
William F. Sullivan, Esq.
Brobeck, Phleger & Harrison
One Market Plaza
Spear Street Tower
San Francisco, California  94105

ALAN C. HOBBS          )
G. ROGERS CARRINGTON) Deft's in D-92
ROBERT R. AGNEW        )
<u>FRANK E. THOMAS        </u>)
Raymond N. Erlach, Esq.
Hunt & Erlach
One Market Plaza
Spear Street Tower
San Francisco, California  94105-1174

Local Counsel also opposed CTO in D-92:
<u>FEDERAL DEPOSIT INSURANCE CORP.</u>
Denis F. Shanagher, Esq.
Bronson, Bronson & McKinnon
555 California Street
San Francisco, California  94104

<u>BANK OF THE WEST Deft's in D-96</u>
Raymond N. Erlach, Esq.
Same as D-92

*Opposed 5/7/84*

James B. Wright, Esq.
Buchalter, Nemar, Fields,
Christie & Younger
101 California Street
Suite 2050
San Francisco, California  94111-5879

<u>FEDERAL DEPOSIT INSURANCE   CORPORATION
(D-96)  and (D-97)</u>
Denis F. Shanagher, Esq.
Same as D-92

<u>CALIFORNIA FIRST BANK - Deft's in D-97</u>
Raymond  N. Erlach, Esq.     *Opposed 5/7/84*
Same as D-92

<u>JOHN R. SERHANT (D-98)</u>
Stephen E. Kapnik, Esquire
Lohf & Barnhill
900 Cherry Tower
950 South
Denver, Colorado   80222

<u>COOPERS & LYBRAND</u>
<u>LEONARD A. MEADOR defts in (D-98)</u>
Robert H. Alexander, Jr., Esquire
Linn & Helms
400 Fidelity Plaza
Oklahoma City, Oklahoma  73132

<u>DENNIS L. WINGET Deft's in (D-98)</u>
Gerald D. Mindell, Esquire
Same as C-83



JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____  -- _____

OPPOSITIONS  PENDING

UNION BANK (D-99)
Andrea Shpall, Esquire
Ross, Ivanjack & Alborg
One Kaiser Plaza
Suite 525
Oakland, CA  94612

*OPPOSED JUL 10 1984*

ALFRED MOODIE, ET AL. (Defts. D-99)
Raymond N. Erlach, Esquire
Hunt & Erlach
One Market Plaza
Spear Tower, Suite 2210
San Francisco, CA  94105

FEDERAL DEPOSIT INSURANCE CORP.
Denis F. Schanagher, Esquire
Bronson, Bronson & McKinnon
555 California Street
San Francisco, CA  94104

OPPOSED JUL 16 1984

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __525__ -- IN RE LONGHORN SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| LONGHORN GAS PROGRAMS, INC. | A-1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 28, 29, 31, 32, 35, 37, 38, 39, 65, C-71, C-85, D-94, D-95 |
| LONGHORN GAS COMPANY, INC. | A-1, 3, 30, 31, 37, 39, 65, C-71, C-83, D-94, D-95 |
| CARL W. SWAN | A-1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 27, 30, 31, 37, 35, 37, 38, 39, 65, C-71, C-85, D-94, D-95 |
| LONGHORN 1979-II DRILLING PROGRAM | A-1, 30, 39, C-71, D-94, D-95 |
| J. D. ALLEN | A-1, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 29, 30, 33, 37, 35, 37, C-71, C-85, D-95 |
| JOHN D. LANG | A-1, 2, 3, 4, 6, 7, 8, 10, 12, 13, 14, 30, 31, 33, 37, C-71, C-85 |
| CHARLOTTE R. DAY | A-1, 2, 3, D-95 |
| ROBYN P. FULTON | A-1, 2, 3 |
| JOHN O. SMITH | A-1, 2, 3, C-71, D-95 |
| W.W. "BILL" Killingsworth | A-1, 2, 3, D-95 |
| JERRY O. NOVAKOWSKI | A-1, 2, 3, D-95 |

p. _____

| | |
|---|---|
| JAY ANDERSON | A-1, 3, 4, 5, D-94, D-95 |
| LONGHORN 1980 DRILLING PROGRAM | A-1, 2, 5, 10, 12, 13, 33, C-85, D-94 |
| PENN SQUARE BANK | A-1, A-6, 8, 10, 12, 13, 14, 34, ~~37~~ C-85 |
| LONGHORN GAS COMPANY | A-2, A-13, 14, ~~34~~ |
| LONGHORN ~~■■■■~~ 1979 II DRILLING PROGRAM | ~~■■■■~~ A-3, 4, 6, 8, 10, 30, 31, 33, ~~35~~, 65 C-71 |
| THE FIRST NATIONAL BANK IN ALBUQUERQUE | A-3, C-73, 75 |
| LONGHORN OIL & GAS CO. | A-4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 27, 28, 29, 30, 31, 33, 34, 35, 36, 37, 38, 65, C-71, ~~■■■■~~ C-85 |
| DENNIS C. RUSSELL | A-4, 5 |
| INDLAND GAS PROGRAMS, INCORPORATED | A-6 |
| LONGHORN & ASSOCIATES, LTD. | A-6, 7, 9, 13, 14, C-71, |
| LONGHORN DEVELOPMENTAL PROGRAM, LTD. | A-6, 9, 28, 29, 34, 35, 37, 65, 66, C-71 |

Security Pacific Corp.
Of America NT & SA

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- IN RE LONGHORN SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| WILLIAM JENNINGS | A-6, 30, 33, 36, 37, C-71, ▬ C-85 |
| WILLIAM PATTERSON | A-6, 30, 33, 36, 37, C-71, ▬ C-85 |
| TEXAS OIL FIELD SUPPLY, INC. | A-6, 30, 33, C-71 C-85 |
| STIFEL, NICOLAUS & CO., INC. | A-6, 29, 30, 33, C-83 |
| WILLIAM CONGER | A-7 ▬ 84, D-94 |
| LONGHORN SPECIFIED PRO-PERTY DRILLING PROGRAM, LTD. | A-9, 36, C-71 |
| LONGHORN PRIVATE DRILLING PROGRAM - 1981, LTD | A-9, 30, 37 |
| CONTINENTAL DRILLING LIMITED PARTNERSHIP - 1981-I Ltd. | A-9 |
| LONGHORN PRIVATE DRILLING 1980-I | ▬ A-14 |
| DRILLING PROGRAM 1980-II | A-14 |
| CENTRAL BANK & TRUST CO. | A-15, A-17 |

p. _4_

| | |
|---|---|
| NAT'l BANK OF ENGLEWOOD | A-15 |
| GREELEY NATIONAL BANK | A-16, 18, C-78 |
| CACHE NAT'L BANK OF GREELEY | A-16, 18, C-78 |
| FIRST INTERSTATE BANK OF IDAHO | A-19, ~~C-84~~ |
| NORTHWESTERN NATIONAL BANK | A-20, 21, 22 |
| SOUTHWEST BANK OF OMAHA | A-20, 21, 22, C-72 |
| ~~MILLARD~~ BANK OF MILLARD | A-20, 21 |
| NORTH SIDE BANK | A-20 |
| DOUGLAS COUNTY BANK & TRUST CO. | A-20 |
| NORTHWESTERN NATIONAL BANK OF NORFOLK | A-20 |
| PACKERS NATIONAL BANK | A-21, 22 |

Omaha NA  38, 39

JPML FORM 3

p. ___5___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __525__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| SECURITY NATIONAL BANK OF OMAHA | A-21 |
| U.S. NATIONAL BANK OF OMAHA | A-21, 22, 23 |
| FIRST WEST SIDE BANK | A-21 |
| FIRST WESTROADS BANK | A-21 |
| OMAHA NATIONAL BANK | A-21, 22, 23 |
| CENTER BANK | A-21 |
| AMERICAN NATIONAL BANK | A-21, 22 |
| BANK OF MIDLANDS | A-21 |
| AMES BANK | A-21, 22 |
| FIRST NATIONAL BANK OF OMAHA | A-21 |
| FEDERAL DEPOSIT INSURANCE CORP. | A-24, 32, 36, 37, 38, 39, 65, 66 C-67, 68, 69, 70, 71, 72, C-74, 75, 76, 77, C-78, C-79, C-80, C-81 C-86, D-87, D-90, D-92, D-99 |

| | |
|---|---|
| BOBBY J. BROWN<br>JERRY A. BROWN | A-24 |
| William T. Tatum | A-24 |
| Richard T. Anderson<br>Imozelle Anderson | A-24 |
| UTICA NATIONAL BANK &<br>TRUST CO. | A-25 |
| HAMILTON BANK | A-27 |
| FIRST WYOMING BANK | A-26 |
| First Bank-<br>Midland Mllw. | A-28, 29, |
| Penn Square Bk | 30, 31, 32, 34, 35 |
| Fidelity Assoc. | 31 |
| First Wyoming Bank | 32 |
| Barclay San Francisco | 34 |

Union Bank   35

Summit Nat'l Bank   36

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bank of Hawaii | D-61, 62 |
| Mark Twain State Bank | D-48 |
| United Missouri Bank of St. Louis | D-47 |
| Exchange National Bank | B-64 |
| Security Bank and Trust Co. of Lawton | B-47 |
| Sheridan Bank | B-47 |
| Ft. Sill National Bank | B-47 |
| Citizen's National Bank | B-47 65, C-71 |
| Nichols Hill Bank | B-42 |
| Fidelity Bank, N.A. | B-42 |
| Italian Bank of Kansas City | C-1 |

p. _____

| | |
|---|---|
| The Metropolitan Bank | 65 |
| City Bank & Trust Co | 65 |
| Blue Ridge Bank & Trust Co | 65 |
| Overland Park Bank & Trust Co | 65 |
| Shawnee State Bank | 65 |
| Commercial Bank of Independence | 65 |
| Liberal Bank of Baytown | 65 |
| Merchants Bank & Trust Co | 65 |
| American National Bank of Oakland, Iowa | 66 |
| United Missouri Bank | 65 |
| | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sunwest Bank | C-67 |
| Tensas State Bank | C-68 |
| American Bank & Trust Co. of Lafayette, La. | C-69 |
| Manufacturers Nat'l Bank of Detroit | C-70 |
| Wayne-Oakland Bank | C-71, ▨ |
| Longhorn Petroleum Co. | C-71, ▨ |
| Continental Drilling Co. | C-71, ▨ |
| Cyril H.C. Fung | C-71, ▨ |
| Bob G. Murphy | C-71, ▨ |
| Jack Phillips | C-71, ▨ |
| John S. Porter | C-71, ▨ |

p. _10_

| | |
|---|---|
| V. L. "Fred" Smith | C-71, ▮▮▮ |
| Investment Search, Inc. | C-71, ▮▮▮ |
| Eldon L. Beller | C-71 |
| Frank L. Murphy | C-71 |
| L.F. Rooney | C-71 |
| Ronald H. Burks | C-71 |
| Elizabeth M. Coe | C-71 |
| Gary M. Cook | C-71 |
| C. F. "Tag" Kimberling | C-71 |
| Marvin K. Margo | C-71 |
| John Preston | C-71 |

JPML FORM 3

p. _11_

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **525** -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| James G. Randolph | C-71 |
| Jerry Richardson | C-71 |
| W. A. "Dub" Ross | C-71 |
| Gene Smelser | C-71 |
| Bill Stubbs | C-71 |
| John E. Rooney | C-71 |
| Carl Brown | C-73 |
| *Citizens Bank* | D-90 |
| G. Blake Chanslor | C-73 |
| Leroy J. Miller | C-73 |
| First Interstate Bank | C-73, C-79, C-81 |

p. 12

| | |
|---|---|
| American Bank of Commerce | C-74 |
| Republic Bank | C-74 |
| Zions First Nat'l Bank | C-76, 77 |
| Valley Bank of Nevada | C-80   C-86 |
| K. Duane McCleery | C-82 |
| Lyle J. Mortensen | C-82 |
| Arthur D. Candland | C-82 |
| G & O Investors | C-82 |
| Continental Illinois Nat'l Bank & Trust Co. of Chicago | C-83, D-95 |
| Plaza Bank of Westport | D-87 |
| Hartzog, Conger & Cason | 87, D-95 |
| Conger & Nichols | 89 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 525 -- In re Longhorn Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Alan C. Hobbs | D-92 |
| G. Rogers Carrington | D-92 |
| Robert R. Agnew | D-92 |
| Frank C. Thomas | D-92 |
| Alfred Moodie | D-93, D-99 |
| Bank of the West | D-96 |
| California First Bank | D-97 |
| Coopers & Lybrand | D-98 |
| Dennis L. Winget | D-98 |
| Leonard A. Meador | D-98 |
| | |